IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, SUCCESSOR TO WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF GS MORTGAGE SECURITIES CORPORATION II, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-GG10<br>    *Plaintiff,*<br><br>VS.<br><br>HOUSTON STRUCTURES, LLC (DBA RETAIL STRUCTURES OF HOUSTON, LLC), HALSTON MIKAIL, AND KAVEH BRAL (A/K/A KEVIN BRAL)<br>    *Defendants.* | CIVIL ACTION NO. 4:13-CV-001142<br>JUDGE KEITH P. ELLISON |

## AGREED MOTION FOR ENTRY OF AGREED ORDER APPOINTING RECEIVER

Plaintiff U.S. Bank, National Association, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor to Wells Fargo Bank, N.A., as Trustee for the registered holders of GS Mortgage Securities Corporation II, Commercial Mortgage Pass-Through Certificates, Series 2007-GG10 ("Plaintiff") moves the Court to enter an Agreed Order Appointing Receiver in the form attached hereto. In support thereof, Plaintiff respectfully shows the Court as follows:

1.    On April 22, 2013, Plaintiff filed this breach of contract action and application for receivership against Houston Structures, LLC (DBA RETAIL STRUCTURES OF HOUSTON, LLC), Halston Mikail, and Kaveh Bral (a/k/a Kevin Bral), who are borrowers and guarantors on a note with an outstanding unpaid balance.

2. Defendant Houston Structures, LLC (DBA RETAIL STRUCTURES OF HOUSTON, LLC) has agreed and consented to a court-appointed receiver over the retail shopping center commonly known as Barker Cypress Market Place, located at 17817 FM 529 (Spencer Road), Houston, Texas 77059, which is the real property made the subject of this lawsuit, and which is owned by Defendant Houston Structures, LLC (DBA RETAIL STRUCTURES OF HOUSTON, LLC). Counsel for Defendant has signed the attached Agreed Order. Accordingly, Plaintiff moves the Court for entry of the proposed Agreed Order Appointing Receiver, which is filed herewith.

3. Defendant Houston Structures, LLC (DBA RETAIL STRUCTURES OF HOUSTON, LLC) has agreed to the relief sought in this Motion, as evidenced by its counsel's signature on the Agreed Order Appointing Receiver (see page 20).

Respectfully submitted,

WINSTEAD PC

_____/s/ Yasmin Islam Atasi_____
Yasmin Islam Atasi
State Bar No. 10435150
Federal ID No. 13119
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002-5895
Telephone: 713.650.8400
Facsimile: 713.650.2400
yatasi@winstead.com (email)

ATTORNEY-IN-CHARGE FOR PLAINTIFF,
U.S. BANK, NATIONAL ASSOCIATION, AS
TRUSTEE, SUCCESSOR-IN-INTEREST TO
BANK OF AMERICA, N.A., AS TRUSTEE,
SUCCESSOR TO WELLS FARGO BANK, N.A.,
AS TRUSTEE FOR THE REGISTERED
HOLDERS OF GS MORTGAGE SECURITIES
CORPORATION II, COMMERCIAL
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-GG10

OF COUNSEL:

WINSTEAD PC
Emily Herbster
State Bar No. 24065403
Federal ID No. 974804
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002-5895
Telephone: 713.650.8400
Facsimile: 713.650.2400
eherbster@winstead.com (email)

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2013, a true and correct copy of foregoing document was forwarded via facsimile to opposing counsel:

>Daniel L. Fulkerson
>Lorance & Thompson, P.C.
>2900 North Loop West, Suite 500
>Houston, Texas 77092
>Telephone: 713-868-5560
>Facsimile: 713-864-4671
>dlf@lorancethompson.com (email)
>
>*ATTORNEY-IN-CHARGE FOR DEFENDANT HOUSTON STRUCTURES, LLC (DBA RETAIL STRUCTURES OF HOUSTON, LLC)*

/s/ *Yasmin Islam Atasi*
Yasmin Islam Atasi

3