*MARK T. FOWLER, AS RECEIVER*
 *FOR CERTAIN PROPERTY OF:*

HOUSTON STRUCTURES, LLC.

BARKER CYPRESS MARKET PLACE
17817 FM 529
HOUSTON, TEXAS 77095

MONTHLY REPORT

SEPTEMBER 12, 2013

Civil Action Case No. 4:13-CV-001142
In the United States District Court of
Judge Keith P. Ellison

*MARK T. FOWLER, AS RECEIVER*
 *FOR CERTAIN PROPERTY OF:*

**HOUSTON STRUCTURES, LLC.**
**BARKER CYPRESS MARKET PLACE**
**17817 FM 529**
**HOUSTON, TEXAS 77095**

## TABLE OF CONTENTS

1.   Receiver's Report – September 12, 2013

2.   Exhibit A – Property Management Agreement

3.   Exhibit B – Vendor/Service Providers

4.   Exhibit C – Property Inventory

5.   Exhibit D – Financial Statement & Variance Report

6.   Exhibit E – Rent Roll

7.   Exhibit F – Summary of Rents Received by Houston Structure, LLC

# RECEIVER'S REPORT
## CIVIL ACTION CASE NO. 4:13-CV-001142

### BARKER CYPRESS MARKET PLACE
### 17817 FM 529 – HOUSTON, TEXAS 77095

### <u>SEPTEMBER 12, 2013</u>

Barker Cypress Market Place is a single story multi-tenant shopping center (25,625 SF) and single-tenant grocery box (formerly occupied by HEB and vacant – 41,320 SF).   The multi-tenant portion of the center was constructed in 1999 and the grocery box in 1998.  The property is currently 22% occupied.

- Total  GLA:               66,945 SF
- Occupied               14,795 SF
- Vacant                 52,150 SF

## APPOINTMENT OF RECEIVER:

Mark T. Fowler was appointed as Receiver on 5/30/2013.

## PROPERTY MANAGEMENT

Transwestern has been retained as the property management company overseeing the day-to-day operations. Beginning in September, the property manager will change to Andi Flesch.

Insurance was contracted with AON Risk Services.

## INCOME – INCOME 2013

The following rent payments were received in August and deposited into the Operating Account established at Wells Fargo Bank (account no. 4941269268):

| | |
|---|---|
| Amigo Dental | $2,804.05 |
| First Pawn: | $4,725.00 |
| Ultra Nails & Skincare: | $2,292.84 |
| Double Dragon: | $2,477.39 |
| HEB: | $40,046.63 |
| Exclusively Yours/Q Salon: | $2,600.00 |

Default letters were sent out on 8/12/13 to the remaining tenants whose rent payments have not been received:

Las Lomas Mexican Restaurant        $15,293.40 (July & August) – The tenant is on a month-to-month lease.

At a hearing before the Court held on August 28, 2013, Houston Structures, LLC provided a summary of rents Houston Structures, LLC received from tenants after the appointment of the Receiver.  That summary is attached hereto as Exhibit F.  Per the summary from Houston Structures, LLC, rents totaling $110,378.76 were received after the appointment of the Receiver.  Houston Structures, LLC returned $32,000 of these rents to Receiver following an order of the Court entered after the August 28th hearing.  Receiver continues to pursue the remainder of these funds and will work with Houston Structures, LLC and their counsel to obtain the

balance of these funds.   Receiver is still seeking additional information from Houston Structures, LLC, including the case file for Cause No. 2011-52933, Houston Structures v. America First Lloyds et al., in the 234th District Court of Harris County, Texas.  A request for that case file has been made, but the file has not yet been received by Receiver's counsel.

## PROPERTY ACTIVITY

The following repairs were made in August 2013:

- Exterior lighting outage repairs – parking lot & pylon signs.
- Roof repairs above suites 135 & 160.
- Graffiti was removed from the former HEB grocery store as well as the multi-tenant retail center.
- Trees were trimmed back and canopies lifted for better visibility.
- Cricket Wireless signage was removed.
- Bottom insert of pylon signs were re-painted blue to match existing.
- Paint was applied where Tenant signage on center was removed.
- Detention pond behind center was cleaned.
- Handicap ramps were painted & signage installed.
- Electrical conduit at rear of center was repaired.

## LEASING ACTIVITY

Leasing is aggressively marketing vacancies and is currently working with the following Tenants to renew/expand:

- Las Lomas (Suite 165) – tenant wishes to remain at center and sign a 5 year lease (4,080 SF) however the Tenant was notify they must cure their default prior to negotiating a new lease.
- Double Dragon (Suite 160) – tenant wishes to remain at center, expand into suite 157 and sign a 5 year lease (2,630 SF).  Lease was sent to Tenant for review and execution





# Exhibit A

# Property Management Agreement

MANAGEMENT AGREEMENT

BY AND BETWEEN

MARK T. FOWLER, RECEIVER

AND

TRANSWESTERN PROPERTY COMPANY SW GP, L.L.C. d/b/a Transwestem, AS MANAGER

EFFECTIVE DATE:

6/3/2013

MANAGEMENT AND LEASING AGREEMENT

TABLE OF CONTENTS

EFFECTIVE DATE; DEFINITION OF OWNER AND MANAGER ................................................ 1

RECITALS.................................................................................................................................. 1

I. AGREEMENT TO MANAGE, AUTHORITY AND TERM ....................................................... 1
    1.1    Agreement to Manage ................................................................................................ 1
    1.2    Authority of Manager ................................................................................................. 1
    1.3    Term .......................................................................................................................... 1

II. DUTIES OF MANAGER........................................................................................................ 1
    2.1    Management ............................................................................................................... 2
    2.2    Leasing ...................................................................................................................... 2
    2.3    Services to Tenants ................................................................................................... 2
    2.4    Contracts ................................................................................................................... 2
    2.5    Maintenance and Repairs .......................................................................................... 3
    2.6    Employment and Supervision of Personnel ............................................................... 3
    2.7    Annual Budgets ......................................................................................................... 3
    2.8    Collections ................................................................................................................. 4
    2.9    Disbursements .......................................................................................................... 4
    2.10   Reports...................................................................................................................... 5
    2.11   Audit and Inspection Rights ....................................................................................... 5
    2.12   Operating Expense Audits ......................................................................................... 5
    2.13   Compliance with Laws .............................................................................................. 6
    2.14   Notification of Litigation ............................................................................................. 6

III. COSTS AND EXPENSES .................................................................................................... 6
    3.1    Owner's Expenses .................................................................................................... 6
    3.2    Manager's Expenses................................................................................................. 7

IV. COMPENSATION OF MANAGER........................................................................................ 7
    4.1    Management Fee ....................................................................................................... 7
    4.2    Construction Administration ....................................................................................... 7

V. TERMINATION..................................................................................................................... 8
    5.1    Termination by Owner for Cause................................................................................ 8
    5.2    Termination by Manager for Cause ............................................................................ 8
    5.3    Termination Without Cause ....................................................................................... 8
    5.4    Rights and Obligations Upon Termination.................................................................. 8

VI. INSURANCE AND INDEMNIFICATION ............................................................................... 9
    6.1    Owner's Insurance .................................................................................................... 9
    6.2    Manager's Insurance............................................................................................... 10

     6.3     Manager's Indemnity ................................................................................ 10

VII. MISCELLANEOUS ........................................................................................... 11
     7.1     Sale of Property ......................................................................... 11
     7.2     Notice ................................................................................. 11
     7.3     Headings ............................................................................. 11
     7.4     Covenant of Further Assurances ............................................. 11
     7.5     Entire Agreement .................................................................. 11
     7.6     Assignment .......................................................................... 11
     7.7     Successors and Assigns ........................................................ 12
     7.8     Attorneys' Fees .................................................................... 12
     7.9     Time of the Essence .............................................................. 12
     7.10    Governing Law ..................................................................... 12
     7.11    No Advertising ...................................................................... 12
     7.12    Amendment .......................................................................... 12
     7.13    Limitation of Liability ............................................................. 12

SIGNATURES ................................................................................................... 13

EXHIBIT A ....................................................................................................... 14

EXHIBIT B ....................................................................................................... 15

## MANAGEMENT AND LEASING AGREEMENT

THIS MANAGEMENT AGREEMENT (the "Agreement") is made as of this 3rd day of June, 2013 (the "Effective Date"), between Mark T. Fowler, in his capacity as the court-appointed receiver of that certain property located at 17817 FM 529 (Spencer Road), Houston, Texas 77059 (the "Property") pursuant to that certain Order Appointing Receiver entered June 3, 2013, in the United States District Court for the Southern District of Texas, Houston Division, Civil Action No. 4:13-CV-001142 (referred to herein as "Owner"), and Transwestern Property Company SW GP, L.L.C. d/b/a Transwestern ("Manager").

## RECITALS

Owner is the owner of that certain property, or those certain properties, located at located in Houston, Texas, currently known as Barker Cypress Market Place and as further described in the attached Exhibit "A" (the "Property", whether one or more).

Owner and Manager have agreed that Owner will engage Manager as an independent contractor for the management of the Property, and this Agreement is entered into to set forth the terms on which Manager will perform these services for the Property for Owner.

NOW THEREFORE, incorporating the Recitals as set forth above and in consideration of the mutual covenants herein contained, Owner and Manager hereby agree as follows:

## I. AGREEMENT TO MANAGE, AUTHORITY AND TERM

1.1     Agreement to Manage.  Owner hereby employs, appoints and contracts with Manager for the sole and exclusive management and leasing of the Property upon the terms hereinafter set forth. Manager hereby accepts the management and leasing of the Property on the terms herein provided and agrees to furnish the services of its organization for the management and leasing of the Property.

1.2     Authority of Manager.  Manager is hereby vested with such power and authority as is reasonably necessary to carry out all of the terms of this Agreement.  Except as expressly provided in this Agreement, however, Manager shall have no right to incur any liability on behalf of Owner or to bind Owner by any contract or obligation without Owner's approval.

1.3     Term.  This Agreement shall commence on the Effective Date and unless sooner terminated pursuant to the provisions of Article V hereof, shall continue for one (1) year (the "Term").  This Agreement shall be automatically renewed for consecutive periods of one (1) year (the "Renewal Terms") unless either party notifies the other in writing at least thirty (30) days prior to the expiration of the Term or any Renewal Term, that it declines to so renew.

## II. DUTIES OF MANAGER

Manager shall manage, maintain and operate the Property as an independent contractor of Owner (not as an employee, partner or joint venturer of Owner) in accordance with sound property management practice.  Manager shall exercise prudence and diligence in performing its duties and shall diligently endeavor to protect the rights and interests of Owner while performing the functions

of Manager. The duties of Manager shall include the following:

2.1     Management.  Manager shall continually manage the Property and shall perform all acts that are customary for the management of properties of like size, type and character or as may be required for the efficient operation of the Property.  Manager shall be responsible for all dealings with tenants of the Property, including the handling of complaints; however, Manager may not terminate any Lease, lock out a tenant, institute suit for the collection of rent or the dispossession of tenants, or take possession of the leased premises without the prior written approval of Owner.

2.2     Services to Tenants.  Manager shall provide or arrange for the provision to the tenants of the Property only those services stipulated in Leases in existence as of the date of this Agreement and those called for in the Standard Lease Form.  Manager shall maintain and operate all facilities through which services are furnished to tenants. Manager shall collect from tenants any charges for special services or for above standard use of services by any tenant, as provided for in such tenant's Lease.

2.3     Contracts.  Manager shall contract for all labor, materials and services required for the management, operation and upkeep of the Property in the name of the Property and Owner, provided that Manager shall not enter into any contract with a term of more than twelve (12) months without the prior approval of Owner.  If Manager obtains any volume discounts on behalf of Owner because of its purchasing power, Manager shall pass the benefit of such discounts to Owner.  Any proposed contracts with officers, employees, shareholders or affiliates of Manager or anyone related to such employees, officers or affiliates shall be disclosed to Owner and shall be at prevailing market rates.

2.4     Maintenance and Repairs.  Manager shall ensure that the physical facilities on the Property, including the buildings, parking areas, personal property and grounds are at all times well maintained and kept in good order and repair, and in a proper state of cleanliness, at the Owner's expense.  Manager shall make or contract for all repairs, alterations, decorations or replacements which are reasonably required to preserve and maintain the Property.  Manager shall keep Owner advised of the necessity for capital expenditures.

2.5     Employment and Supervision of Personnel.

        (a)     Manager shall employ and supervise all property management personnel required for the effective management of the Property.  Manager shall, in the hiring of such employees, use reasonable care to select qualified, competent and trustworthy employees.  Manager is an equal opportunity, nondiscriminatory employer.  All such employees shall be employees of Manager, shall be on Manager's payroll, shall be under the control of Manager and shall not be employees of Owner.  However, Manager shall replace any full-time, on-site employees, or any leasing agents assigned to the Property, who are (i) disapproved by Owner, (ii) transferred to another property location for any reason, or (iii) terminated for any reason.  Owner shall reimburse to Manager all expenses relative to any such employees, including those expenses representing accrued vacation, wages in lieu of notice and severance pay.  With respect to accrued vacation expense, Owner shall reimburse Manager only for the excess, if any, of the amount of accrued vacation expense at the time of an employee's disapproval, transfer, or termination over the amount of the accrued vacation expense assumed by the Owner when the employee's employment at the Property began.

(b)     Manager shall make all necessary payroll deductions for unemployment insurance, social security, withholding taxes and other applicable taxes or employee fringe benefits and shall prepare, maintain and file all necessary reports with respect to such taxes or deductions and all other necessary statements and reports pertaining to Manager's employees.

2.6     Annual Budgets.

(a)     Within ninety (90) days following the date hereof, and thereafter within sixty (60) days prior to the commencement of each fiscal year, Manager shall prepare and submit to Owner for approval:

(1)     A proposed annual operating budget and projection of monthly receipts and disbursements for the Property for the forthcoming fiscal year in such format as is approved by Owner.

(2)     A proposed annual budget and projection of capital or extraordinary expenditures for the forthcoming fiscal year in such format as is approved by Owner. Owner will consider the proposed budgets and will consult with Manager in the ensuing period prior to the commencement of the forthcoming fiscal year in order to mutually agree on an operating budget (the "Approved Operating Budget") and on a capital budget (the "Approved Capital Budget"). In the event that as of the commencement of any fiscal year Owner has failed to approve an Approved Operating Budget for such fiscal year, Manager is authorized to maintain and operate the Property under the parameters set forth in the Approved Operating Budget for the previous fiscal year.

(b)     Manager agrees to use diligence and to employ all reasonable efforts to ensure that the actual costs of maintaining and operating the Property shall not exceed the Approved Operating Budget or the Approved Capital Budget.

(c)     During each fiscal year, Manager agrees to inform Owner of any major increases in costs and expenses that were not foreseen during the budget preparation, and thus were not reflected in either the Approved Operating Budget or the Approved Capital Budget.

2.7     Collections.  Manager shall collect all rents, deposits, fees and other sums payable with respect to the Property and all sums so collected shall be promptly deposited by Manager in the account named in section 2.9(a) herein.

2.8     Disbursements.

(a)     Bank Accounts.  One account shall be maintained for operating expenses and for rental income (the "Operating Account").  Authorized employees of both Owner and Manager shall be designated as signatories on this account.  The account shall be maintained at Wells Fargo and the first line of said account shall be titled with the I.R.S. registered name for the tax identification number on the account, and further titled with Barker Cypress Market Place, Mark Fowler as Receiver for  Property of, Transwestern Property Company SW GP, L.L.C. d/b/a Transwestern Agent for Stephen C. Ash, Receiver on subsequent lines as is appropriate, and shall be for the benefit of the Receiver.  Manager will not commingle these funds with any other funds.  A minimum account balance in the amount of $ N/A  shall be maintained in the Operating Account.  This minimum account balance may be changed from time to time, upon written notice from Receiver to Manager.  All costs associated with maintaining an Owner's bank account(s) including, but not

limited to, maintenance fees, account analysis fees, lockbox services fees and costs, positive pay charges, REALM collect charges, REALM pay charges, and wire transfer fees, shall be borne by the Owner.  Should Owner not avail itself of positive pay services, then Owner will defend, indemnify and hold Manager harmless from all fines, suits, losses, liabilities, proceedings, claims, costs (including attorney's fees and court costs), demands, actions, or causes of action, of any kind and of whatsoever nature, whether in contract or tort, without regard to the cause or causes thereof arising from, growing out of, or in any way related to Owner's failure to use positive pay services.

      (b)    Operating Funds.  Manager will make a careful analysis of all invoices received for services, work and supplies ordered in connection with the managing, maintaining, operating, and leasing of the Property.  Following such analysis, Manager shall, from the funds

available in the Operating Account, pay the Management Fee (as hereafter defined) in accordance with Section 4.1 hereof, the salaries, wages, payroll taxes, Worker's Compensation insurance, employee fringe benefits and other compensation for on-site personnel and all such bills as and when the same shall become due and payable within the time required to obtain discounts, if any. The funds for operating expenses, construction expenses, personal property taxes, debt service or insurance premiums shall be disbursed from the Operating Account in accordance with the Approved Operating Budget and the Approved Capital Budget.  Requests for operating funds shall be made by Manager using a format mutually agreed upon by both parties.  The request for operating funds must be approved in writing by Owner.  Requests for funds will be transmitted on a monthly basis for the previous months' invoices.  In the event sufficient funds are not available in the Operating Account, Owner, upon request of Manager, shall promptly provide to Manager an amount sufficient to fully pay outstanding invoices/bills for the Property as set forth in the Approved Operating Budget and the Approved Capital Budget.  Under no circumstances shall Manager be required to advance its own funds for the benefit of Owner or of the Property.

      (c)    Capital or Extraordinary Expenditures.  All capital or extraordinary expenditures shall be approved in writing by Owner.  Funds for payment of capital or extraordinary expenditures, if and when required, shall be requested by Manager concurrently with a request for operating funds. Disbursements will be made by Manager, who will account for capital expenditures separately from operating expenses.

      (d)    Handling of Funds.  Operating funds and funds for capital or extraordinary expenditures shall be the exclusive property of Owner and shall not be commingled with funds of the Manager.  Manager shall be entitled to draw against the Operating Account upon the signature of a duly authorized employee of Manager.  Manager shall ensure such control over accounting and financial transactions as is reasonably necessary to protect Owner's assets from theft or fraudulent activity.

      (e)    Emergency Expenditures.  In no event shall Manager make or incur any expenditures in excess of the amounts provided in the Approved Operating Budget, the Approved Capital Budget or otherwise approved by Owner in writing, unless the same are immediately required by law or made under circumstances which Manager deems an emergency, in which event Manager shall immediately notify Owner of the expenditure and the reasons therefore, and Owner shall immediately fund such expenditures.  Under no circumstances shall Manager be obligated to pay any such costs from its personal accounts.

2.9    Reports.

      (a)    Monthly Report.  Each month, Owner shall receive the monthly operating statement

of income and expenses and budget variance report, which shall be prepared using the modified cash or accrual method of accounting.  Manager's monthly report shall include a narrative which shall include comments regarding significant events which occurred during the prior month and an explanation of all variances.

(b)     Other Reports.  Manager shall also submit to Owner the following monthly statements and reports with respect to the Property and such other reports reasonably requested by Owner:

(1)     A balance sheet;
(2)     A current rent roll;
(3)     A tenant receivable report;
(4)     A reconciliation of all bank accounts; and
(5)     A detailed general ledger.

These reports shall be submitted by Manager to Owner by the fifteenth (15th) day of the following month.  Along with such reports, Manager shall remit to Owner the excess, if any, over any agreed minimum balance to be maintained in the Operating Account.

(c)     Tax Reports and Special Reports.  Manager shall not be responsible for any federal income tax reporting for the Property.  Manager shall prepare and submit any additional or special reports required by Owner, provided that Owner shall bear the cost of preparation of any such reports.

2.10   Audit and Inspection Rights.  Owner shall have access to Manager's books and records relating to the Property and shall have the right to audit such books and records, with reasonable notice to Manager, during the period of this Agreement; provided, however, that any such audit (i) shall be conducted only during Manager's normal business hours, (ii) shall be conducted in accordance with Generally Accepted Auditing Standards, as promulgated by the American Institute of Certified Public Accountants, and (iii) shall be related only to those activities performed by Manager for Owner.  The cost of any such audit shall be borne by Owner.

2.11   Operating Expense Audits.  The cost of any audit for operating expenses as provided in any Lease with tenants shall be a direct expense of the Owner unless the Lease provides that such audit is to be paid for by the tenant.

2.12   Compliance with Laws.

(a)     Manager shall not in the performance of its services hereunder knowingly violate any federal, state, municipal or other governmental law, ordinance, rule or regulation.

(b)     Manager shall notify Owner, as soon as practicable after Manager's receipt of notice, of any known violation of any federal, state, municipal or other governmental law, ordinance, rule or regulation due to the structure or condition of the Property or the use made thereof by any tenant or occupant.

(c)     Manager shall not, in the performance of its services hereunder, knowingly violate, and shall comply in all material respects with, the terms of any ground lease, space lease, mortgage, deed of trust or other security instrument binding on or affecting any of the Property, provided that true and complete copies of such documents have been delivered to Manager or Owner has otherwise disclosed such terms to Manager in writing.  In the event of a conflict between the terms of any such document and the terms of this Agreement, Manager shall not take any action except to

notify Owner and await Owner's written instructions. Manager shall not be required to make any payment or incur any liability in order to comply with any such terms or conditions of any such instruments.

2.13   Notification of Litigation.   If Manager shall be apprised of any claim, demand, suit or other legal proceeding made or instituted against Owner on account of any matter connected with the Property, Manager shall notify Owner as soon as practicable following Manager's receipt of notice thereof. Manager shall assist and cooperate with Owner in all reasonable respects in the defense of any such suit or other legal proceeding.

## III. COSTS AND EXPENSES

3.1   Owner's Expenses.

(a)   Personnel Expenses.  Except for the expenses of Manager to be paid by Manager pursuant to Section 3.2 and Section 6.2 below, Owner shall pay all expenses of Manager in performing its duties hereunder, including, but not limited to, wages, salaries, payroll taxes, Worker's Compensation insurance, employee fringe benefits and other compensation paid by Manager to personnel involved with the management or leasing of the Property. In addition, Owner shall pay Manager's reasonable expenses and charges associated with accessing, securing, supporting, and maintaining the computer equipment, applications and systems used in connection with all services provided pursuant to this Agreement, including, but not limited to, charges associated with access to the Internet and internet based applications. All of the foregoing expenses shall be paid by the Owner to the extent the same are included in the Approved Operating Budget or are otherwise permitted under the provisions of Section 2.9 hereof. Should Manager be required to prepare and file 1099 Forms with the Internal Revenue Service for reporting payments to contractors and subcontractors employed on the property, then the Manager shall be reimbursed for all such filing and accounting costs by the Owner. For purposes of this section, the phrase "employee fringe benefits" means all reasonable and normal benefits commonly provided to Manager's employees including, but not limited to, medical insurance premiums and contributions to Manager's 401(k) plan.

3.2   Manager's Expenses.  Manager shall be responsible for, and Owner shall not pay or be charged for:

(a)   Manager's home office general and administrative expenses, including the salaries and compensation of supervisory personnel and any home office routine costs. Notwithstanding the foregoing, Owner shall reimburse Manager for reasonable payroll administrative and processing fees, and human resource fees.

(b)   The cost of Worker's Compensation insurance and employer's liability insurance as described in Section 6.2(b) below for Manager's home office employees.

## IV. COMPENSATION OF MANAGER

4.1   Management Fee. As compensation for its services hereunder, Owner shall pay to Manager a monthly management fee (the "Management Fee") equal to the greater of (a) four percent (4%) of the Effective Gross Revenues or (b) Two Thousand and no/100 Dollars ($2,000) per month.  For

purposes of calculating the Management Fee, Effective Gross Revenues shall mean all revenues actually collected and deposited in the Operating Account each month, including operating cost reimbursements, charges for services and any other income, but shall not include security deposits (unless applied to rent) and insurance claims proceeds ( unless said insurance proceeds represent lost gross revenues) plus all free revenues allowed to tenants as an inducement to lease space at the Property. Any partial month shall be prorated based on a 365 day year.

4.2 _Construction Administration_. Owner hereby appoints Manager as construction supervisor with respect to any tenant improvements, capital improvements or other construction projects for refurbishing the Property. Owner agrees to pay Manager a fee in an amount equal to four percent (4 %) of the total cost of construction as agreed on by Owner and Manager.


## V. TERMINATION

5.1 _Termination by Owner for Cause_. This Agreement shall be immediately terminable by Owner without notice:

(a) Upon the occurrence of any of the following: (i) Manager ceases doing business as a going concern, (ii) the termination or suspension of Manager's real estate brokerage license, (iii) Manager makes an assignment for the benefit of creditors, (iv) Manager admits in writing its inability to pay its debts as they become due, (v) Manager is the subject of a voluntary or involuntary petition in bankruptcy, (vi) Manager is adjudicated as bankrupt or insolvent, (vii) Manager files or has filed against it any petition seeking for itself any reorganization, arrangement, composition, readjustment, liquidation or dissolution under any present or future state or federal bankruptcy or insolvency law, or a receiver or liquidator is appointed for all or a substantial part of Manager's assets or properties;

(b) Upon the failure by Manager to perform any of the Manager's covenants, obligations or duties contained in this Agreement, and the continuation of any such failure to perform after thirty (30) days' written notice thereof from Owner; provided, however, that if any such failure to perform is cured by Manager within said thirty (30) day period, such failure to perform shall no longer constitute cause for termination by Owner.

5.2 _Termination by Manager for Cause_. This Agreement may be immediately terminated by Manager upon the breach by Owner of any of its obligations hereunder and Owner's failure to cure such breach after ten (10) days' written notice thereof from Manager.

5.3 _Termination Without Cause._

(a) This Agreement may be terminated by Owner without cause by giving at least sixty (60) days' prior written notice to Manager; provided, however, that in the event of any such termination by Owner without cause, (i) Owner shall reimburse Manager for the cost of employee termination, or employee transfer to other property locations, of Manger's personnel necessitated by such termination of the Agreement, including the cost of accrued vacation, wages in lieu of notice and/or severance pay, payroll taxes and Worker's Compensation insurance; and (ii) if such termination of the Agreement occurs during the initial Term of the Agreement, Owner shall pay Manager a cancellation fee equal to the two (2) prior months Management Fee. With respect to accrued vacation expense, Owner shall reimburse Manager only for the excess, if any, of the amount of the accrued vacation expense assumed by the Owner when the employee's employment

at the Property began.

(b)     This Agreement may be terminated by Manager without cause by giving at least thirty (30) days' prior written notice to Owner.

5.4     Rights and Obligations Upon Termination.

(a)     Upon the expiration of or the effective date of termination of this Agreement, Manager shall deliver to Owner the originals of all books and records (including invoices) in Manager's possession with respect to the Property relating to the period this Agreement is in effect, together with all permits, plans, Leases, licenses, contracts, other documents pertaining to the Property or to any items paid for by the Owner for its operation of the Property, any insurance policies, bills of sale or other documents evidencing title or rights of Owner, and any and all other records or documents pertaining to the Property, whether or not enumerated herein, which are necessary or desirable for the ownership and operation of the Property.  Manager further agrees to do all other things reasonably necessary to cause an orderly transition of the management of the Property without detriment to the rights of Owner or to the continued management of the Property.  Owner will promptly reimburse Manager for any out-of-pocket costs incurred by Manager in delivering the aforementioned documents.

(b)     Within thirty (30) days after the expiration or effective date of termination of this Agreement, Manager shall render a full accounting to Owner which shall include all accrued expenses, including pro-rata vacation expenses accrued by Manager's onsite employees allocable to the Property during the manager's tenure.  Such accounting shall cause all funds held by Manager relating to the Property to be delivered to Owner.

(b)     Within fifteen (15) days of the expiration of, or the effective date of termination of, this Agreement, Manager will provide the Owner with a list of "Registered Purchase Prospects". Registered Purchase Prospects shall be defined as any outside party and/or any outside broker that the Manager has entered into negotiations to purchase the Property, notwithstanding whether or not such negotiations have been finalized prior to such termination. If the Owner sells the Property to any of the Registered Purchase Prospects within 180 days of cancellation or termination of this Agreement, then Manager shall be paid any applicable sales commission pursuant to and in accordance with Section 4.5 hereof.

(c)     Upon termination of this Agreement, Owner agrees not to hire any of Manager's employees without prior notice thereof to Manager.

## VI. INSURANCE AND INDEMNIFICATION

6.1     Owner's Insurance.  Owner, at Owner's sole cost and expense, shall at all times during the term of this Agreement, carry and maintain the following insurance coverage with companies authorized to do business within the State of Texas, with an A.M. Best rating of A8 or better.  Owner shall be responsible for the payment of any deductible or self-insured retention payable in connection therewith, shall furnish Manager with certificates of said insurance policy or policies and shall assume responsibility for placement and renewal of all such policies.

(a)     Commercial General Liability Coverage.  Commercial general liability insurance, on an occurrence form, adequate to protect the interest of the parties hereto, which policy or policies shall be so written as to protect Manager in the same manner and to the same extent they protect

Owner, shall name Manager as an additional insured, shall waive all rights of subrogation against Manager and shall be primary and not excess over any liability insurance carried by Manager. General liability risks and key exposures to be covered shall include, but not be limited to, the premises and Manager's operations in connection with the property, blanket contractual, personal injury, and use of owned, non-owned, or hired automobiles. The limits of each policy shall be not less than $1,000,000 per occurrence for bodily injury, personal injury and property damage; and

(b)    Umbrella Liability Insurance. Umbrella liability insurance written on an occurrence form, providing coverage in an amount of not less than $5,000,000 per occurrence. Such insurance shall be in excess of Owner's liability coverages required herein and shall name manager as an additional insured; and waive all rights of subrogation against Manager, and

(c)    Property Insurance. Fire, extended coverage, vandalism and malicious mischief insurance in such amounts as Owner deems necessary to fully protect the property. Such policy shall waive all rights of subrogation against Manager.

(d)    Primary Insurance. All liability insurance maintained by Owner shall be primary, non contributory with, and not excess, over any liability insurance maintained by Manager.


6.2    Manager's Insurance. Manager shall at all times during the term of this Agreement, carry and maintain the following insurance coverage with companies qualified and authorized to do business within the State of Texas, with an A.M. Best rating of A8 or higher. Unless otherwise provided for in this Agreement under the section covering Manager's costs to be reimbursed by Owner, or other provisions of this Agreement, the cost of this insurance will be at Manager's sole cost and expense. Manager shall furnish Owner with certificates of said insurance policy or policies.

(a)    Employee Dishonesty Insurance. An insurance policy which includes employee dishonesty coverage in the amount of not less than $1,000,000, for all employees of Manager who handle funds of Owner. Said policy may be a blanket policy covering all employees of Manager.

(b)    Workers' Compensation Insurance. Workers' compensation insurance in full compliance with all applicable state and federal laws and regulations covering all employees of Manager. Coverage shall include employer's liability insurance in the amount of not less than $500,000.

6.3    **Manager's Indemnity. Manager hereby agrees to defend, indemnify, and hold Owner, its officers, directors, agents, and employees, harmless from all fines, suits, levies, liabilities, proceedings, claims, actions, or causes of actions, of any kind and of whatsoever nature, whether in contract or in tort, including but not limited to court costs, litigation expenses, and reasonable attorney's fees arising from, growing out of, in connection with, or incidental to any act or omission constituting gross negligence or willful misconduct of any officer, director, agent, or employee of Manager, Manager's breach of this Agreement, but only if Manager has been given the notice provided for in Section 5.1(b) of this Agreement and Manager has not cured said breach within the time provided for in Section 5.1(b) of this Agreement, or any action taken by or on behalf of Manager relating to the Property which is not permitted by or pursuant to the provisions of this Agreement. The indemnification obligations of Manager shall survive the termination or expiration of this Agreement, with respect to any claims arising as the result of events occurring during the effective term of this Agreement.**

## VII. MISCELLANEOUS

7.1     Sale of Property.  Owner shall be free to sell, transfer or lease the Property to any third party. Upon direction from Owner, Manager shall cooperate fully and completely with the prospective purchasers or lessees of the Property in their review of the Property and the files related thereto. Manager hereby covenants that within a reasonable time, it will provide all information regarding the Property, its operations and this Agreement so as to assist Owner in the sale of the Property.

7.2     Notice.  Any notice, demand or communication required or permitted hereunder, addressed to the following addresses or to such other addresses as any party may hereafter designate by written notice, shall be deemed effectively given when (a) mailed by registered or certified mail, postage prepaid, return receipt requested, or (b) received or refused if delivered by facsimile, personal delivery, or national courier.

        To Receiver:    Mark Fowler
                        1900 West Loop South #1300
                        Houston, Texas 77027
                        Tel: 713-270-3365
                        Fax: 713-271-8063

        To Manager:     Transwestern
                        1900 West Loop South #1300
                        Houston, Texas 77027
                        Tel: 713-270-7700
                        Fax: 713-270-6285
                        Attn: Stephen C. Ash

7.3     Headings.  The headings used herein are for purposes of convenience only and should not be used in construing the provisions hereof.

7.4     Covenant of Further Assurances.  The parties hereby agree to execute such other documents and perform such other acts as may be necessary or desirable to carry out the purposes of this Agreement.

7.5     Entire Agreement.  This document, including any exhibits attached hereto, represents the entire agreement between the parties with respect to the subject matter hereof, and to the extent inconsistent therewith, supersedes all other prior agreements, representations, and covenants, oral or written.

7.6     Assignment.  Owner shall have the right at any time in its sole discretion, to assign its rights and obligations hereunder to any successor in interest to the Property. Manager shall not assign its rights hereunder without the prior written consent of Owner, and any such assignment without Owner's prior consent shall be null and void.

7.7     Successors and Assigns.  This Agreement shall be binding upon and inure to the benefit of the parties, their heirs, legal representatives, successors and assigns.

7.8     Attorneys' Fees.  In the event of any controversy, claim or action being filed between the parties respecting this Agreement or in connection with the Property, the prevailing party shall be entitled, in addition to all expenses, costs or damages, to reasonable attorneys' fees, only if such controversy was litigated or prosecuted to judgment.

7.9     Time of the Essence.   Time is of the essence of this Agreement with respect to this Agreement.

7.10    Governing Law.  This Agreement is entered into and shall be governed by and construed in accordance with the laws of the State of Texas.

7.11    No Advertising.  No publication, announcement or other public advertisement of Owner's name in connection with the Property shall be made by Manager without Owner's approval, except in connection with Leases or other agreements negotiated and/or entered into by Manager in Owner's name as expressly provided for herein, or as may be required by applicable law.

7.12    Amendment.  This Agreement may not be modified except by an express writing signed by the parties hereto.

7.13    Limitation of Liability. The burdens and liabilities of this Agreement shall extend only to Receiver in his capacity as a receiver only, as defined and limited by the February 9, 2011 Order Appointing Receiver, and not in his individual capacity. Manager agrees to look solely to Receiver to the extent of Receiver's interest in the Property for the satisfaction of any liability or obligation arising under this Agreement or the transactions contemplated hereby, or for the performance of any of the covenants, warranties, obligations or other agreements contained herein, and further agrees not to sue or otherwise seek to enforce any personal obligation against any of Receiver's assets, other than Receiver's interest in the Property with respect to any matters arising out of or in connection with this Agreement or the duties and obligations contemplated hereby.

## SIGNATURES

IN WITNESS WHEREOF, the parties hereto have caused this instrument to be executed on the date(s) set forth below, to be effective as of the day and year first above written.

MANAGER:                                            OWNER:
TRANSWESTERN PROPERTY COMPANY                       MARK T. FOWLER, RECEIVER
SW GP, L.L.C. D/B/A TRANSWESTERN

By: _____                      By: _____
Name:  STEPHEN C. ASH                               Name: Mark T. Fowler
Title:  MANAGING SVP                                Title: Receiver
Date:   6/14/13                                     Date: 6-14-13

**EXHIBIT A**

**PROPERTY DESCRIPTION**

25

17817 FM 529 (Spencer Road), Houston, Texas 77059



# Exhibit B

## Vendor/Service Providers

# RECEIVER'S REPORT
## CIVIL ACTION CASE NO. 4:13-CV-001142

## BARKER CYPRESS MARKET PLACE
### 17817 FM 529 – HOUSTON, TEXAS 77095

### <u>VENDOR LIST</u>

---

### *SERVICE CONTRACTS:*

**Electricity:**
AmeriPower
P.O. Box 16206
Sugarland, Texas 77496
Phone:  (281) 240-0405

**Water:**
Langham Creek MUD
c/o  Severn Trent Services
P.O. Box 218025
Houston, Texas 77218-9911
Phone:  (281) 579-4500

**Parking Lot Sweeping/Janitorial:**
Ideal Building Maintenance
Tommy Vela
Phone:  (832) 444-1840

**Landscape:**
TLS, Inc.
Jorge Cardenas/Troy Smith
Phone:  (832) 331-5759

**Trash Removal:**
Republic Waste
Julia Holt
Phone:  (832) 327-6413

# Exhibit C

# Property Inventory

**RECEIVER'S REPORT**
**CIVIL ACTION CASE NO. 4:13-CV-001142**

**BARKER CYPRESS MARKET PLACE**
**17817 FM 529 – HOUSTON, TEXAS 77095**

| *PROPERTY INVENTORY* |
|:---:|

The following suites were vacant upon Transwestern taking over management of the center.  No inventory was left inside the vacancies and there are no maintenance closets with any supplies.

| Suites | Square Footage |
|--------|----------------|
| 112 | 2,700 |
| 115 | 1,200 |
| 120 | 1,200 |
| 145 | 1,125 |
| 150 | 1,500 |
| 155 | 1,650 |
| 157 | 1,350 |
| 6960 | 41,320 (former HEB) |

Cricket Wireless has vacated the premises as of August 3, 2013 (Suite 135 1,275) there was no inventory in space.

Information related to the inventory has been requested from Houston Structures however no items were received.

# Exhibit D

# Financial Statements/Variance Reports

# RECEIVER'S REPORT
## CIVIL ACTION CASE NO. 4:13-CV-001142

## BARKER CYPRESS MARKET PLACE
## 17817 FM 529 – HOUSTON, TEXAS 77095

### *FINANCIAL STATEMENTS & VARIANCE REPORTS*

Transwestern has requested financials from Houston Structures (Wilshire Capital Group) however no financials have been provided.   An operating budget is being prepared and will be included in the September report.

| Database: | TCS_PROD | **BALANCE SHEET** | Page: | 1 |
| ENTITY: | BARKER | **TCS Production Database** | Date: | 9/12/2013 |
| | | **BARKER CYPRESS MARKET PLACE** | Time: | 12:34 PM |

Cash

| | Aug 2013 | Dec 2012 |
|---|---|---|
| **ASSETS** | | |
| BUILDING IMPROVEMENTS | 15,497.08 | 0.00 |
| TOTAL INVESTMENT IN REAL ESTATE | 15,497.08 | 0.00 |
| NET INVESTMENT IN REAL ESTATE | 15,497.08 | 0.00 |
| CASH | 355.49 | 0.00 |
| DEPOSITS | 300.00 | 0.00 |
| TOTAL OTHER ASSETS | 0.00 | 0.00 |
| TOTAL ASSETS | 16,152.57 | 0.00 |
| **LIABILITIES & EQUITY** | | |
| **LIABILITIES** | | |
| TOTAL LIABILITIES | 0.00 | 0.00 |
| **EQUITY** | | |
| CURRENT YEAR INCOME/(LOSS) | 16,152.57 | 0.00 |
| TOTAL EQUITY | 16,152.57 | 0.00 |
| TOTAL LIABILITIES & EQUITY | 16,152.57 | 0.00 |

| Database: | TCS_PROD | | | | | Page: | 1 |
| ENTITY: | BARKER | | | | | Date: | 9/12/2013 |
| | | | | | | Time: | 12:34 PM |

Cash

**Comparative Income Statement**
**DETAILED STATEMENT OF OPERATIONS**
**TCS Production Database**
**BARKER CYPRESS MARKET PLACE**

| | Current Period | | | Year-To-Date | | |
|---|---|---|---|---|---|---|
| Thru: | Actual Aug 2013 | Budget Aug 2013 | Variance | Actual Aug 2013 | Budget Aug 2013 | Variance |
| **REVENUE** | | | | | | | |
| RENTAL INCOME | | | | | | |
| BASE RENT | 56,383.74 | 0.00 | 56,383.74 | 0.00% | 66,869.50 | 0.00 | 66,869.50 | 0.00% |
| RENT ABATEMENT | (3,785.25) | 0.00 | (3,785.25) | 0.00% | (3,785.25) | 0.00 | (3,785.25) | 0.00% |
| TOTAL RENTAL INCOME | 52,598.49 | 0.00 | 52,598.49 | | 63,084.25 | 0.00 | 63,084.25 | |
| TENANT REIMBURSEMENTS | | | | | | |
| OPERATING ESCALATIONS | (1,050.00) | 0.00 | (1,050.00) | 0.00% | (1,050.00) | 0.00 | (1,050.00) | 0.00% |
| CAM REIMBURSEMENT | 3,397.42 | 0.00 | 3,397.42 | 0.00% | 6,136.84 | 0.00 | 6,136.84 | 0.00% |
| TOTAL TENANT REIMBURSEMENTS | 2,347.42 | 0.00 | 2,347.42 | | 5,086.84 | 0.00 | 5,086.84 | |
| **OTHER INCOME** | | | | | | |
| TOTAL OTHER INCOME | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | |
| TOTAL REVENUES | 54,945.91 | 0.00 | 54,945.91 | | 68,171.09 | 0.00 | 68,171.09 | |
| **RECOVERABLE EXPENSES** | | | | | | |
| JANITORIAL | | | | | | |
| TRASH REMOVAL | 6,668.06 | 0.00 | (6,668.06) | 0.00% | 7,951.31 | 0.00 | (7,951.31) | 0.00% |
| TOTAL JANITORIAL | 6,668.06 | 0.00 | (6,668.06) | | 7,951.31 | 0.00 | (7,951.31) | |
| REPAIRS & MAINTENANCE | | | | | | |
| ELECTRICAL / LIGHTING | 2,824.90 | 0.00 | (2,824.90) | 0.00% | 2,824.90 | 0.00 | (2,824.90) | 0.00% |
| LANDSCAPING/IRRIGATION | 438.41 | 0.00 | (438.41) | 0.00% | 438.41 | 0.00 | (438.41) | 0.00% |
| EXTERIOR BUILDING MAINT. | 7,176.97 | 0.00 | (7,176.97) | 0.00% | 7,176.97 | 0.00 | (7,176.97) | 0.00% |
| PARKING & PAVING | 811.88 | 0.00 | (811.88) | 0.00% | 811.88 | 0.00 | (811.88) | 0.00% |
| SIGN/MONUMENT MAINT | 3,669.68 | 0.00 | (3,669.68) | 0.00% | 3,669.68 | 0.00 | (3,669.68) | 0.00% |

| Database: | TCS_PROD | | | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|
| ENTITY: | BARKER | | | | | | Date: | 9/12/2013 |
| Cash | | | | | | | Time: | 12:34 PM |

**Comparative Income Statement**
**DETAILED STATEMENT OF OPERATIONS**
**TCS Production Database**
**BARKER CYPRESS MARKET PLACE**

| | Current Period | | | | Year-To-Date | | | |
|---|---|---|---|---|---|---|---|---|
| Thru: | Actual Aug 2013 | Budget Aug 2013 | Variance | | Actual Aug 2013 | Budget Aug 2013 | Variance | |
| **TOTAL REPAIRS & MAINTENANCE** | 14,921.84 | 0.00 | (14,921.84) | | 14,921.84 | 0.00 | (14,921.84) | |
| CONTRACT SERVICES | | | | | | | | |
| SECURITY | 1,866.65 | 0.00 | (1,866.65) | 0.00% | 1,866.65 | 0.00 | (1,866.65) | 0.00% |
| EXTERIOR LANDSCAPING | 5,920.20 | 0.00 | (5,920.20) | 0.00% | 8,905.67 | 0.00 | (8,905.67) | 0.00% |
| PARKING SWEEPING & CLEAN | 433.00 | 0.00 | (433.00) | | 965.93 | 0.00 | (965.93) | |
| **TOTAL CONTRACT SERVICES** | 8,219.85 | 0.00 | (8,219.85) | | 11,738.25 | 0.00 | (11,738.25) | |
| UTILITIES | | | | | | | | |
| ELECTRICITY | 0.00 | 0.00 | 0.00 | 0.00% | 3,215.10 | 0.00 | (3,215.10) | 0.00% |
| WATER & SEWER | 1,956.06 | 0.00 | (1,956.06) | 0.00% | 2,006.06 | 0.00 | (2,006.06) | 0.00% |
| **TOTAL UTILITIES** | 1,956.06 | 0.00 | (1,956.06) | | 5,221.16 | 0.00 | (5,221.16) | |
| MANAGEMNT FEES | | | | | | | | |
| PROPERTY MANAGEMENT FEES | 5,841.00 | 0.00 | (5,841.00) | 0.00% | 5,841.00 | 0.00 | (5,841.00) | 0.00% |
| **TOTAL MANAGEMENT FEES** | 5,841.00 | 0.00 | (5,841.00) | | 5,841.00 | 0.00 | (5,841.00) | |
| TAXES | | | | | | | | |
| **TOTAL TAXES** | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | |
| INSURANCE | | | | | | | | |
| **TOTAL INSURANCE** | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | |
| ADMINISTRATIVE EXPENSES | | | | | | | | |
| TELEPHONE | 30.00 | 0.00 | (30.00) | 0.00% | 45.00 | 0.00 | (45.00) | 0.00% |
| TRAVEL & ENTERTAINMENT | 108.48 | 0.00 | (108.48) | 0.00% | 162.72 | 0.00 | (162.72) | 0.00% |
| OTHER PROFESSIONAL | (2,500.00) | 0.00 | 2,500.00 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00% |
| DATA PROCESSING | 70.06 | 0.00 | (70.06) | 0.00% | 70.06 | 0.00 | (70.06) | 0.00% |
| BANK CHARGES | 24.53 | 0.00 | (24.53) | 0.00% | 24.53 | 0.00 | (24.53) | 0.00% |
| **TOTAL ADMINISTRATIVE EXPENSES** | (2,266.93) | 0.00 | 2,266.93 | | 302.31 | 0.00 | (302.31) | |

Database: TCS_PROD
ENTITY: BARKER

Cash

Page: 3
Date: 9/12/2013
Time: 12:34 PM

**Comparative Income Statement**
**DETAILED STATEMENT OF OPERATIONS**
TCS Production Database
BARKER CYPRESS MARKET PLACE

Thru:

| | Current Period | | | | Year-To-Date | | | |
|---|---|---|---|---|---|---|---|---|
| | Actual Aug 2013 | Budget Aug 2013 | Variance | | Actual Aug 2013 | Budget Aug 2013 | Variance | |
| TOTAL RECOVERABLE EXPENSES | 35,339.88 | 0.00 | (35,339.88) | | 45,975.87 | 0.00 | (45,975.87) | |
| TOTAL OPERATING INCOME | 19,606.03 | 0.00 | 19,606.03 | | 22,195.22 | 0.00 | 22,195.22 | |
| NON-RECOVERABLE EXPENSES | | | | | | | | |
| SUPERVISION FEES | 4,912.50 | 0.00 | (4,912.50) | 0.00% | 4,912.50 | 0.00 | (4,912.50) | 0.00% |
| VACANT SPACE MAINTENANCE | 0.00 | 0.00 | 0.00 | 0.00% | 541.25 | 0.00 | (541.25) | 0.00% |
| N/R UTILITIES | 0.00 | 0.00 | 0.00 | 0.00% | 453.59 | 0.00 | (453.59) | 0.00% |
| OTHER NON-RECOV. EXPENSE | 135.31 | 0.00 | (135.31) | 0.00% | 135.31 | 0.00 | (135.31) | 0.00% |
| TOTAL NON-RECOVERABLE EXPENSES | 5,047.81 | 0.00 | (5,047.81) | | 6,042.65 | 0.00 | (6,042.65) | |
| TOTAL NET OPERATING INCOME | 14,558.22 | 0.00 | 14,558.22 | | 16,152.57 | 0.00 | 16,152.57 | |
| NET INCOME/(LOSS) | 14,558.22 | 0.00 | 14,558.22 | | 16,152.57 | 0.00 | 16,152.57 | |
| CAPITAL EXPENDITURES | | | | | | | | |
| BUILDING IMPROVEMENTS | (15,497.08) | 0.00 | (15,497.08) | 0.00% | (15,497.08) | 0.00 | (15,497.08) | 0.00% |
| TOTAL CAPITAL EXPENDITURES | (15,497.08) | 0.00 | (15,497.08) | | (15,497.08) | 0.00 | (15,497.08) | |
| DEPOSITS & ESCROWS | 0.00 | 0.00 | 0.00 | | 300.00 | 0.00 | (300.00) | |
| TOTAL BALANCE SHEET ITEMS | 0.00 | 0.00 | 0.00 | | (300.00) | 0.00 | 300.00 | |

Database: TCS_PROD
ENTITY: BARKER

Page: 4
Date: 9/12/2013
Time: 12:34 PM

**Comparative Income Statement**
**DETAILED STATEMENT OF OPERATIONS**
**TCS Production Database**
**BARKER CYPRESS MARKET PLACE**

Cash

| | Thru: | Current Period | | | Year-To-Date | | |
|---|---|---|---|---|---|---|---|
| | | Actual Aug 2013 | Budget Aug 2013 | Variance | Actual Aug 2013 | Budget Aug 2013 | Variance |
| NET CASH FLOW | | (938.86) | 0.00 | (938.86) | 355.49 | 0.00 | 355.49 |
| CHECK TOTAL | | (938.86) | 0.00 | 938.86 | 355.49 | 0.00 | (355.49) |

| Database: | TCS_PROD | | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | | TCS Production Database | | | Date: | 9/12/2013 |
| ENTITY: | BARKER | | | BARKER CYPRESS MARKET PLACE | | | Time: | 12:35 PM |
| | | | | Period: 08/13 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| **BARKER-HT24090** | **Cricket Wireless** | | | Master Occupant Id: HT323034-1 | | | Day Due: 1 | Delq Day: | |
| | Brenda Rodriguez | | | 135 | Inactive | | Last Payment: | | |
| | (713) 991-0091 | | | | | | | | |
| 7/1/2013 | CAM | COMMON AREA | CH | 510.00 | 0.00 | 510.00 | 0.00 | 0.00 | 0.00 |
| 7/1/2013 | RTL | RETAIL BASE RENT | CH | 1,115.63 | 0.00 | 1,115.63 | 0.00 | 0.00 | 0.00 |
| 8/1/2013 | CAM | COMMON AREA | CH | 510.00 | 510.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2013 | RTL | RETAIL BASE RENT | CH | 1,115.63 | 1,115.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | COMMON AREA | | 1,020.00 | 510.00 | 510.00 | 0.00 | 0.00 | 0.00 |
| | RTL | RETAIL BASE RENT | | 2,231.26 | 1,115.63 | 1,115.63 | 0.00 | 0.00 | 0.00 |
| | **Cricket Wireless Total:** | | | 3,251.26 | 1,625.63 | 1,625.63 | 0.00 | 0.00 | 0.00 |
| **BARKER-HT24189** | **First Pawn and Jewelry** | | | Master Occupant Id: HT323111-1 | | | Day Due: 1 | Delq Day: | |
| | Scott Sanchez | | | 105 | Current | | Last Payment: | 8/19/2013 | 4,725.00 |
| | (281) 550-4179 | | | | | | | | |
| 8/19/2013 | PPR | PREPAID RENT | CR | -4,614.75 | -4,614.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PPR | PREPAID RENT | | -4,614.75 | -4,614.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **First Pawn and Jewelry Total:** | | | -4,614.75 | -4,614.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| **BARKER-HT24190** | **Exclusively Yours** | | | Master Occupant Id: HT323112-1 | | | Day Due: 1 | Delq Day: | |
| | | | | 147 | Current | | Last Payment: | 9/5/2013 | 2,400.00 |
| | (281) 855-4700 | | | | | | | | |
| 7/1/2013 | CAM | COMMON AREA | CH | 257.50 | 0.00 | 257.50 | 0.00 | 0.00 | 0.00 |
| 8/1/2013 | CAM | COMMON AREA | CH | 695.00 | 695.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2013 | RTL | RETAIL BASE RENT | CH | 2,162.50 | 2,162.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | COMMON AREA | | 952.50 | 695.00 | 257.50 | 0.00 | 0.00 | 0.00 |
| | RTL | RETAIL BASE RENT | | 2,162.50 | 2,162.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Exclusively Yours Total:** | | | 3,115.00 | 2,857.50 | 257.50 | 0.00 | 0.00 | 0.00 |
| **BARKER-HT24295** | **PayDay Advance** | | | Master Occupant Id: HT323204-1 | | | Day Due: 1 | Delq Day: | |
| | Valerie Robinson | | | 159 | Current | | Last Payment: | | |
| | (817) 335-1100 | | | | | | | | |
| 7/1/2013 | CAM | COMMON AREA | CH | 648.00 | 0.00 | 648.00 | 0.00 | 0.00 | 0.00 |
| 7/1/2013 | RTL | RETAIL BASE RENT | CH | 1,965.02 | 0.00 | 1,965.02 | 0.00 | 0.00 | 0.00 |
| 8/1/2013 | CAM | COMMON AREA | CH | 648.00 | 648.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2013 | RTL | RETAIL BASE RENT | CH | 2,214.92 | 2,214.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | COMMON AREA | | 1,296.00 | 648.00 | 648.00 | 0.00 | 0.00 | 0.00 |
| | RTL | RETAIL BASE RENT | | 4,179.94 | 2,214.92 | 1,965.02 | 0.00 | 0.00 | 0.00 |
| | **PayDay Advance Total:** | | | 5,475.94 | 2,862.92 | 2,613.02 | 0.00 | 0.00 | 0.00 |
| **BARKER-HT24297** | **Las Lomas Mexican Restaurant** | | | Master Occupant Id: HT323206-1 | | | Day Due: 1 | Delq Day: | |
| | Cesar Lopez | | | 165 | Current | | Last Payment: | 7/11/2013 | 800.00 |
| | (281) 758-9231 | | | | | | | | |
| 7/1/2013 | CAM | COMMON AREA | CH | 2,267.00 | 0.00 | 2,267.00 | 0.00 | 0.00 | 0.00 |
| 7/1/2013 | RTL | RETAIL BASE RENT | CH | 4,979.70 | 0.00 | 4,979.70 | 0.00 | 0.00 | 0.00 |
| 8/1/2013 | CAM | COMMON AREA | CH | 2,267.00 | 2,267.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2013 | RTL | RETAIL BASE RENT | CH | 5,779.70 | 5,779.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | COMMON AREA | | 4,534.00 | 2,267.00 | 2,267.00 | 0.00 | 0.00 | 0.00 |
| | RTL | RETAIL BASE RENT | | 10,759.40 | 5,779.70 | 4,979.70 | 0.00 | 0.00 | 0.00 |

| Database: | TCS_PROD | | Aged Delinquencies | | | Page: | 2 |
|---|---|---|---|---|---|---|---|
| | | | TCS Production Database | | | Date: | 9/12/2013 |
| ENTITY: | BARKER | | BARKER CYPRESS MARKET PLACE | | | Time: | 12:35 PM |
| | | | Period: 08/13 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| | Las Lomas Mexican Restaurant Total: | | | 15,293.40 | 8,046.70 | 7,246.70 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| BARKER-HT24299 | **Ultra Nails** | | | Master Occupant Id: HT323208-1 | | | Day Due: 1 | Delq Day: | |
| | Peter Thanh Luong | | | 130 | Current | | Last Payment: | 8/8/2013 | 2,292.84 |
| 7/1/2013 | CAM | COMMON AREA | CH | 200.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| 8/1/2013 | CAM | COMMON AREA | CH | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | COMMON AREA | | 400.00 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| | **Ultra Nails Total:** | | | 400.00 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| BARKER-HT24300 | **Double Dragon** | | | Master Occupant Id: HT323209-1 | | | Day Due: 1 | Delq Day: | |
| | | | | 160 | Current | | Last Payment: | 8/6/2013 | 2,477.39 |
| 8/1/2013 | CAM | COMMON AREA | CH | 148.78 | 148.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | COMMON AREA | | 148.78 | 148.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Double Dragon Total:** | | | 148.78 | 148.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| BARKER-HT24713 | **HEB** | | | Master Occupant Id: HT323514-1 | | | Day Due: 1 | Delq Day: | |
| | Kathy Bauer | | | 6960 | Current | | Last Payment: | 9/5/2013 | 40,046.63 |
| | (210) 938-7376 | | | | | | | | |
| 8/23/2013 | PPR | PREPAID RENT | CR | -40,046.63 | -40,046.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/31/2013 | RTL | RETAIL BASE RENT | CH | 40,046.63 | 40,046.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8/31/2013 | RTL | RETAIL BASE RENT | CH | 40,046.63 | 40,046.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PPR | PREPAID RENT | | -40,046.63 | -40,046.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RTL | RETAIL BASE RENT | | 80,093.26 | 80,093.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **HEB Total:** | | | 40,046.63 | 40,046.63 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| | CAM | COMMON AREA | | 8,351.28 | 4,468.78 | 3,882.50 | 0.00 | 0.00 | 0.00 |
| | PPR | PREPAID RENT | | -44,661.38 | -44,661.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RTL | RETAIL BASE RENT | | 99,426.36 | 91,366.01 | 8,060.35 | 0.00 | 0.00 | 0.00 |
| | **ENTITY BARKER Total:** | | | 63,116.26 | 51,173.41 | 11,942.85 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | |
| | CAM | COMMON AREA | | 8,351.28 | 4,468.78 | 3,882.50 | 0.00 | 0.00 | 0.00 |
| | PPR | PREPAID RENT | | -44,661.38 | -44,661.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RTL | RETAIL BASE RENT | | 99,426.36 | 91,366.01 | 8,060.35 | 0.00 | 0.00 | 0.00 |
| | **Grand Total:** | | | 63,116.26 | 51,173.41 | 11,942.85 | 0.00 | 0.00 | 0.00 |

| Database: | TCS_PROD | Cash Receipts | Page: | 1 |
| BLDG | BARKER | TCS Production Database | Date: | 9/12/2013 |
| | | BARKER CYPRESS MARKET PLACE | Time: | 12:35 PM |
| | | 08/13 Thru 08/13 | | |

| Income Category | | Amount |

**Master Occupant:**  HT323033-1    **Amigo Dental**                    Suite:  **BARKER  - 109**

| CAM | COMMON AREA | 713.05 |
| RTL | RETAIL BASE RENT | 2,091.00 |
| | Total: | **2,804.05** |

**Master Occupant:**  HT323111-1    **First Pawn and Jewelry**           Suite:  **BARKER  - 105**

| PPR | PREPAID RENT | 4,725.00 |
| | Total: | **4,725.00** |

**Master Occupant:**  HT323112-1    **Exclusively Yours**                Suite:  **BARKER  - 147**

| CAM | COMMON AREA | 437.50 |
| RTL | RETAIL BASE RENT | 2,162.50 |
| | Total: | **2,600.00** |

**Master Occupant:**  HT323208-1    **Ultra Nails**                      Suite:  **BARKER  - 130**

| CAM | COMMON AREA | 434.00 |
| RTL | RETAIL BASE RENT | 1,858.84 |
| | Total: | **2,292.84** |

**Master Occupant:**  HT323209-1    **Double Dragon**                    Suite:  **BARKER  - 160**

| CAM | COMMON AREA | 589.67 |
| RTL | RETAIL BASE RENT | 1,887.72 |
| | Total: | **2,477.39** |

**Master Occupant:**  HT323514-1    **HEB**                              Suite:  **BARKER  - 6960**

| PPR | PREPAID RENT | 40,046.63 |
| | Total: | **40,046.63** |

**Totals for BLDG BARKER**

| CAM | COMMON AREA | 2,174.22 |
| PPR | PREPAID RENT | 44,771.63 |
| RTL | RETAIL BASE RENT | 8,000.06 |
| | Total: | **54,945.91** |

**Grand Totals**

| CAM | COMMON AREA | 2,174.22 |
| PPR | PREPAID RENT | 44,771.63 |
| RTL | RETAIL BASE RENT | 8,000.06 |
| | Total: | **54,945.91** |

# BARKER CYPRESS MARKETPLACE
**Operating Account**
**August 31, 2013**

| WELLS FARGO | ACCOUNT 4941269268 |
|---|---|

| | |
|---|---:|
| STATEMENT BALANCE | 14,742.75 |
| OUTSTANDING DEPOSITS | - |
| OUTSTANDING DEPOSITS TOTAL: | 0.00 |
| OUTSTANDING CHECKS | |
| OUTSTANDING CHECKS<br>SEE ATTACHED LISTING | 14,387.26 |
| STATEMENT BALANCE SUBTOTAL: | 355.49 |
| GENERAL LEDGER BALANCE: | 355.49 |
| DIFFERENCE: | 0.00 |
| ACCOUNT ADJUSTMENTS | |
| ACCOUNT ADJUSTMENTS TOTAL: | 0.00 |
| ENDING BALANCE TOTAL: | 355.49 |
| GENERAL LEDGER BALANCE: | 355.49 |
| DIFFERENCE: | **IN BALANCE** |

Prepared by: _K. Hennan_    Date: _September 6, 2013_

Approved by: _____    Date: _9/6/13_

# WellsOne® Account

Account number:  **4941269268**  ■  August 1, 2013 - August 31, 2013  ■  Page 1 of 2



SEP 0 3 2013

| Questions? |
| --- |
| Call your Customer Service Officer or Client Services<br>**1-800-AT WELLS**  (1-800-289-3557)<br>5:00 AM TO 6:00 PM Pacific Time Monday - Friday<br><br>*Online:*  wellsfargo.com<br><br>*Write:*  Wells Fargo Bank, N.A. (182)<br>PO Box 63020<br>San Francisco, CA  94163 |

HOUSTON STRUCTURES LLC                                    W0
MARK FOWLER AS RECEIVER FOR PROPERTY
TRANSWESTERN PROPERTY CO SW GP LLC AAF
1900 WEST LOOP S STE 1300
HOUSTON TX 77027-3218

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
| --- | --- | --- | --- | --- |
| 4941269268 | $6,631.59 | $94,992.54 | -$86,881.38 | $14,742.75 |

## Credits
### Deposits

| Effective date | Posted date | Amount | Transaction detail |
| --- | --- | --- | --- |
| | 08/09 | 2,804.05 | Deposit |
| | | **$2,804.05** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
| --- | --- | --- | --- |
| | 08/06 | 5,077.39 | Over The Counter Deposit |
| | 08/08 | 2,292.84 | Over The Counter Deposit |
| | 08/09 | 40,046.63 | Over The Counter Deposit |
| | 08/19 | 4,725.00 | Over The Counter Deposit |
| | 08/23 | 40,046.63 | Over The Counter Deposit |
| | | **$92,188.49** | **Total electronic deposits/bank credits** |
| | | **$94,992.54** | **Total credits** |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
| --- | --- | --- | --- |
| | 08/12 | 24.53 | Client Analysis Srvc Chrg 130809 Svc Chge 0713 000004941269268 |
| | 08/14 | 40,046.63 | Return Item Charge - Paper MN 130814 |
| | | **$40,071.16** | **Total electronic debits/bank debits** |

Account number:  **4941269268**  ■  August 1, 2013 - August 31, 2013  ■  Page 2 of 2



## Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 103 | 350.00 | 08/09 | 110 | 1,201.15 | 08/28 | 114 | 1,380.19 | 08/30 |
| 106* | 1,203.99 | 08/02 | 111 | 2,514.42 | 08/30 | 117* | 993.74 | 08/30 |
| 108* | 1,283.25 | 08/06 | 112 | 8,021.33 | 08/29 | 118 | 5,841.00 | 08/19 |
| 109 | 2,500.00 | 08/01 | 113 | 19,946.15 | 08/15 | 119 | 1,575.00 | 08/27 |
|  | **$46,810.22** |  | **Total checks paid** |  |  |  |  |  |

\* *Gap in check sequence.*

|  | **$86,881.38** |  | **Total debits** |
|---|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/31 | 6,631.59 | 08/09 | 51,515.26 | 08/23 | 30,428.58 |
| 08/01 | 4,131.59 | 08/12 | 51,490.73 | 08/27 | 28,853.58 |
| 08/02 | 2,927.60 | 08/14 | 11,444.10 | 08/28 | 27,652.43 |
| 08/06 | 6,721.74 | 08/15 | -8,502.05 | 08/29 | 19,631.10 |
| 08/08 | 9,014.58 | 08/19 | -9,618.05 | 08/30 | 14,742.75 |
|  | **Average daily ledger balance** |  | **$14,907.35** |  |  |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

| Database: | TCS_PROD | Outstanding Check List for Bank Reconciliations | Page: | 1 |
| Report Id: | MRI_OUTLSTBR | TCS Production Database | Date: | 9/6/2013 |
| | | Statement Ending 8/31/2013 | Time: | 10:35 AM |
| | | Bank Account BARKOP  WELLS FARGO BANK | | |
| | | General Ledger Reconciliation Period: 08/13 | | |

Bank Reconciliation Id: 121598                                                    MRI Program Source:    Windows

| Check # | Check Date | Check Period | Vendor Number | Vendor Name | Amount |
|---------|-----------|--------------|---------------|-------------|--------|
| 115 | 8/13/2013 | 08/13 | HTLOCLIC | LOCKE LORD LLP | 662.50 |
| 116 | 8/13/2013 | 08/13 | HTREPSV | REPUBLIC SERVICES #853 | 2,578.64 |
| 120 | 8/30/2013 | 08/13 | HTDEBLA | DEBRA LARGENT | 138.48 |
| 121 | 8/30/2013 | 08/13 | HTHOUHF | HOUSTON HARRIS DIVISION PATROL. | 1,866.65 |
| 122 | 8/30/2013 | 08/13 | HTLANGH | LANGHAM CREEK UD | 1,956.06 |
| 123 | 8/30/2013 | 08/13 | HTTLS | TROY'S LANDSCAPINE SERVICES INC | 5,364.87 |
| 124 | 8/30/2013 | 08/13 | HTTRACP | TRANSWESTERN COMMERCIAL SVCS | 1,820.06 |

                                        **Outstanding Check Total:**    **14,387.26**

| Database: | TCS_PROD | Cleared Check List for Bank Reconciliations | Page: | 1 |
| Report Id: | ARG_CLRDCHK | TCS Production Database | Date: | 9/6/2013 |
| | | Statement Ending 8/31/2013 | Time: | 10:38 AM |
| | | Bank Account BARKOP   WELLS FARGO BANK | | |
| | | General Ledger Reconciliation Period: 08/13 | | |

Bank Reconciliation Id: 121598

| Check # | Check Date | Check Period | Vendor Number | Vendor Name | Amount | Notes |
|---|---|---|---|---|---|---|
| 103 | 7/16/2013 | 07/13 | HTLANGH | LANGHAM CREEK UD | 350.00 | |
| 106 | 7/31/2013 | 07/13 | HTAMEPC | AMERIPOWER LLC | 1,203.99 | |
| 108 | 7/31/2013 | 07/13 | HTREPSV | REPUBLIC SERVICES #853 | 1,283.25 | |
| 109 | 7/31/2013 | 07/13 | HTTRACP | TRANSWESTERN COMMERCIAL SVCS | 2,500.00 | |
| 110 | 8/13/2013 | 08/13 | HMHIGHL | HIGHLIGHTS ELECTRICAL | 1,201.15 | |
| 111 | 8/13/2013 | 08/13 | HTALLWS | ALLIED WASTE SERVICES #853 | 2,514.42 | |
| 112 | 8/13/2013 | 08/13 | HTBLANC | BLANCO ELECTRIC LTD CO. | 8,021.33 | |
| 113 | 8/13/2013 | 08/13 | HTCHRES | CHAMBERS RESTORATION INC | 19,946.15 | |
| 114 | 8/13/2013 | 08/13 | HTIDEAL | IDEAL BUILDING MAINTENANCE, LC. | 1,380.19 | |
| 117 | 8/13/2013 | 08/13 | HTTLS | TROY'S LANDSCAPINE SERVICES INC | 993.74 | |
| 118 | 8/13/2013 | 08/13 | HTTRACP | TRANSWESTERN COMMERCIAL SVCS | 5,841.00 | |
| 119 | 8/13/2013 | 08/13 | HTUCALL | JEFFERY WHITE | 1,575.00 | |
| | | | | **Cleared Check Total:** | 46,810.22 | |

| Database: | TCS_PROD | | | | | | | | Page: | 1 |
| ENTITY: | BARKER | | | | | | | | Date: | 9/3/2013 |
| | | | | | | | | | Time: | 03:06 PM |

**General Ledger**
TCS Production Database
BARKER CYPRESS MARKET PLACE

Cash

08/13 - 08/13
Report includes an open period.  Entries are not final.

| Account Entity | Period | Entry Date | Src Reference | Site Id | Job Code | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **1000-010** | | | **CASH - OPERATING** | | | | | | | |
| | | | | | | | *Balance Forward* | | | 1,294.35 |
| BARKER | 08/13 | 08/31/13 | AP 112860 | HT | | | A/P Cash Disbursed for checks 110-124 | 0.00 | 55,860.24 | -54,565.89 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | | Cash Recpt NON-TENANT | 40,046.63 | 0.00 | -14,519.26 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | | Cash Recpt CAM  COMMON AREA | 3,307.42 | 0.00 | -11,121.84 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | | Cash Recpt P/PR  PREPAID RENT | 84,818.26 | 0.00 | 73,696.42 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | | Cash Recpt RTL RETAIL BASE RENT | 11,785.31 | 0.00 | 85,481.73 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | | Non Suf Fund PPR  PREPAID RENT | 0.00 | 40,046.63 | 45,435.10 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | | Paymnt Rev NON-TENANT | 0.00 | 40,046.63 | 5,388.47 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | | Paymnt Rev FRR  FREE RENT | 0.00 | 3,785.25 | 1,603.22 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | | Paymnt Rev FRX  FREE OPERATING EXPENSES | 0.00 | 1,050.00 | 553.22 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | | Paymnt Rev PPR  PREPAID RENT | 0.00 | 173.20 | 380.02 |
| BARKER | 08/13 | 08/31/13 | JN 166402 | HT | | | 8/12 JULY BANK FEES | 0.00 | 24.53 | 355.49 |
| | | | | | | | **\*\* Account Totals** | 140,047.62 | 140,986.48 | **355.49** |
| | | | | | | | **\*\* Grand Totals** | 140,047.62 | 140,986.48 | |

MONTH     **Aug-13**
MRI-TCS
**BARKER CYPRESS MARKETPLACE**

HOUSTON STRUCTURES LLC

|  | WELLS FARGO |
| --- | --- |
|  | OPERATING ACCOUNT |
| TID: 20-8028209 | |
| | ACCOUNT:          4941269268 |
| | BANK ID:                    BARKOP |
| | G/L Acct.  Operating Account 1000-010 |

| DATE | REFERENCE | DEPOSITS | CHECKS | OTHER | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 08/01/13 | BALANCE FORWARD | | | | 1,294.35 |
| 08/06/13 | Deposit | 5,077.39 | | | 6,371.74 |
| 08/08/13 | Deposit | 2,292.84 | | | 8,664.58 |
| 08/09/13 | Deposit - HEB | 40,046.63 | | | 48,711.21 |
| 08/09/13 | Deposit | 2,804.05 | | | 51,515.26 |
| 08/12/13 | Bank Fee | | | (24.53) | 51,490.73 |
| 08/13/13 | Checks 110-119 | | (44,714.12) | | 6,776.61 |
| 08/14/13 | NSF - HEB | (40,046.63) | | | (33,270.02) |
| 08/19/13 | Deposit | 4,725.00 | | | (28,545.02) |
| 08/23/13 | Deposit | 40,046.63 | | | 11,501.61 |
| 08/30/13 | Checks 120-123 | | (11,146.12) | | 355.49 |
| | | | | | 355.49 |
| | | | | | 355.49 |
| | | | | | 355.49 |
| | | | | | 355.49 |
| | | | | | 355.49 |
| | | | | | 355.49 |
| | PAGE ONE TOTALS | 54,945.91 | (55,860.24) | (24.53) | |

| Database: | TCS_PROD | | | | | **General Ledger** | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|---|
| ENTITY: | BARKER | | | | | TCS Production Database | | Date: | 9/12/2013 |
| | | | | | | BARKER CYPRESS MARKET PLACE | | Time: | 12:35 PM |

Cash

08/13 - 08/13

| Account Entity | Period | Entry Date | Src Reference | Site Id | Job Code | Description | Dept | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **1000-010** | | | | | | **CASH - OPERATING** | | | | |
| | | | | | | *Balance Forward* | | | | *1,294.35* |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | A/P Cash Disbursed for checks 110-124 | | 0.00 | 55,860.24 | -54,565.89 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Cash Recpt NON-TENANT | | 40,046.63 | 0.00 | -14,519.26 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Cash Recpt CAM COMMON AREA | | 3,397.42 | 0.00 | -11,121.84 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Cash Recpt PPR PREPAID RENT | | 84,818.26 | 0.00 | 73,696.42 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Cash Recpt RTL RETAIL BASE RENT | | 11,785.31 | 0.00 | 85,481.73 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Non Suf Fund PPR PREPAID RENT | | 0.00 | 40,046.63 | 45,435.10 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Paymnt Rev NON-TENANT | | 0.00 | 40,046.63 | 5,388.47 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Paymnt Rev FRR FREE RENT | | 0.00 | 3,785.25 | 1,603.22 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Paymnt Rev FRX FREE OPERATING EXPENSES | | 0.00 | 1,050.00 | 553.22 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Paymnt Rev PPR PREPAID RENT | | 0.00 | 173.20 | 380.02 |
| BARKER | 08/13 | 08/31/13 | JN 186402 | HT | | 8/12 JULY BANK FEES | | 0.00 | 24.53 | 355.49 |
| | | | | | | ** Account Totals | | 140,047.62 | 140,986.48 | **355.49** |
| **1125-001** | | | | | | **UTILITY DEPOSITS** | | | | |
| | | | | | | *Balance Forward* | | | | *300.00* |
| **1600-000** | | | | | | **CONSTRUCTION IN PROGRESS** | | | | |
| | | | | | | *Balance Forward* | | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | 113 8/13/2013 Graffiti removal | | 4,321.34 | 0.00 | 4,321.34 |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | 112 8/13/2013 TEMPORARY POWER SKID | | 6,397.58 | 0.00 | 10,718.92 |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | 113 8/13/2013 Initial Clean up of center | | 4,778.16 | 0.00 | 15,497.08 |
| BARKER | 08/13 | 08/31/13 | JN 186402 | HT | | RCLS INITIAL CLEAN UP OF CTR - GRAFFITI RMVL | | 0.00 | 4,321.34 | 11,175.74 |
| BARKER | 08/13 | 08/31/13 | JN 186402 | HT | | RCLS INITIAL CLEAN UP OF CTR - TEMP POWER SKID | | 0.00 | 6,397.58 | 4,778.16 |
| BARKER | 08/13 | 08/31/13 | JN 186402 | HT | | RCLS INITIAL CLEAN UP OF CTR | | 0.00 | 4,778.16 | 0.00 |
| | | | | | | ** Account Totals | | 15,497.08 | 15,497.08 | **0.00** |
| **1600-003** | | | | | | **BUILDING IMPROVEMENTS** | | | | |
| | | | | | | *Balance Forward* | | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | JN 186402 | HT | | RCLS INITIAL CLEAN UP OF CTR - GRAFFITI RMVL | | 4,321.34 | 0.00 | 4,321.34 |
| BARKER | 08/13 | 08/31/13 | JN 186402 | HT | | RCLS INITIAL CLEAN UP OF CTR - TEMP POWER SKID | | 6,397.58 | 0.00 | 10,718.92 |
| BARKER | 08/13 | 08/31/13 | JN 186402 | HT | | RCLS INITIAL CLEAN UP OF CTR | | 4,778.16 | 0.00 | 15,497.08 |
| | | | | | | ** Account Totals | | 15,497.08 | 0.00 | **15,497.08** |
| **5000-000** | | | | | | **BASE RENT** | | | | |
| | | | | | | *Balance Forward* | | | | *-10,485.76* |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Cash Recpt PPR PREPAID RENT | | 0.00 | 84,818.26 | -95,304.02 |
| BARKER | 08/13 | 08/31/13 | CM095387 | HT | | Cash Recpt RTL RETAIL BASE RENT | | 0.00 | 11,785.31 | -107,089.33 |

| Database: | TCS_PROD | | | | | | General Ledger | | | Page: | 2 |
| ENTITY: | BARKER | | | | | | TCS Production Database | | | Date: | 9/12/2013 |
| | | | | | | | BARKER CYPRESS MARKET PLACE | | | Time: | 12:35 PM |
| Cash | | | | | | | 08/13 - 08/13 | | | | |

| Account Entity | Period | Entry Date | Src | Reference | Site Id | Job Code | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5000-000 - BASE RENT (Continued) | | | | | | | | | | | |
| BARKER | 08/13 | 08/31/13 | CM | 095387 | HT | | | Non Suf Fund PPR  PREPAID RENT | 40,046.63 | 0.00 | -67,042.70 |
| BARKER | 08/13 | 08/31/13 | CM | 095387 | HT | | | Paymnt Rev PPR  PREPAID RENT | 173.20 | 0.00 | -66,869.50 |
| | | | | | | | | ** Account Totals | 40,219.83 | 96,603.57 | **-66,869.50** |
| 5005-100 | | | RENT ABATEMENT | | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | CM | 095387 | HT | | | Paymnt Rev FRR  FREE RENT | 3,785.25 | 0.00 | 3,785.25 |
| | | | | | | | | ** Account Totals | 3,785.25 | 0.00 | **3,785.25** |
| 5110-000 | | | OPERATING ESCALATIONS | | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | CM | 095387 | HT | | | Paymnt Rev FRX  FREE OPERATING EXPENSES | 1,050.00 | 0.00 | 1,050.00 |
| | | | | | | | | ** Account Totals | 1,050.00 | 0.00 | **1,050.00** |
| 5140-000 | | | CAM REIMBURSEMENT | | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *-2,739.42* |
| BARKER | 08/13 | 08/31/13 | CM | 095387 | HT | | | Cash Recpt CAM  COMMON AREA | 0.00 | 3,397.42 | -6,136.84 |
| | | | | | | | | ** Account Totals | 0.00 | 3,397.42 | **-6,136.84** |
| 5900-000 | | | MISCELLANEOUS INCOME | | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | CM | 095387 | HT | | | Cash Recpt NON-TENANT | 0.00 | 40,046.63 | -40,046.63 |
| BARKER | 08/13 | 08/31/13 | CM | 095387 | HT | | | Paymnt Rev NON-TENANT | 40,046.63 | 0.00 | 0.00 |
| | | | | | | | | ** Account Totals | 40,046.63 | 40,046.63 | **0.00** |
| 6100-006 | | | TRASH REMOVAL | | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *1,283.25* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 119 8/13/2013 CLRED RETEN & HAULED TRSH | 1,575.00 | 0.00 | 2,858.25 |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 111 8/13/2013 july-august trash service | 2,514.42 | 0.00 | 5,372.67 |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 116 8/13/2013 Trash Removal June 2013 | 1,289.32 | 0.00 | 6,661.99 |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 116 8/13/2013 Trash Removal June | 1,289.32 | 0.00 | 7,951.31 |
| | | | | | | | | ** Account Totals | 6,668.06 | 0.00 | **7,951.31** |

| Database: | TCS_PROD | | | | | | | | Page: | 3 |
| ENTITY: | BARKER | | | | | | | | Date: | 9/12/2013 |
| | | | | | | | | | Time: | 12:35 PM |

**General Ledger**
TCS Production Database
BARKER CYPRESS MARKET PLACE

Cash

08/13 - 08/13

| Account Entity | Period | Entry Date | Src Reference | Site Id | Job Code | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **6300-005** | | | | | | | **ELECTRICAL / LIGHTING** | | | |
| | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 112 8/13/2013 SERVICE CONDUIT REPAIRS | 1,623.75 | 0.00 | 1,623.75 |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 110 8/13/2013 LIGHTING REPAIRS | 156.43 | 0.00 | 1,780.18 |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 110 8/13/2013 lighting repairs | 1,044.72 | 0.00 | 2,824.90 |
| | | | | | | | ** Account Totals | 2,824.90 | 0.00 | **2,824.90** |
| **6300-012** | | | | | | | **LANDSCAPING/IRRIGATION** | | | |
| | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 123 8/30/2013 IRRIGATION REPAR | 438.41 | 0.00 | 438.41 |
| | | | | | | | ** Account Totals | 438.41 | 0.00 | **438.41** |
| **6300-025** | | | | | | | **EXTERIOR BUILDING MAINT.** | | | |
| | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 113 8/13/2013 Removal of trash/furniture | 4,179.53 | 0.00 | 4,179.53 |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 113 8/13/2013 Remove signs along 529/clean | 2,997.44 | 0.00 | 7,176.97 |
| | | | | | | | ** Account Totals | 7,176.97 | 0.00 | **7,176.97** |
| **6300-032** | | | | | | | **PARKING & PAVING** | | | |
| | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 114 8/13/2013 painting of parking lot | 811.88 | 0.00 | 811.88 |
| | | | | | | | ** Account Totals | 811.88 | 0.00 | **811.88** |
| **6300-035** | | | | | | | **SIGN/MONUMENT MAINT** | | | |
| | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 113 8/13/2013 sign removal & maintenance | 3,669.68 | 0.00 | 3,669.68 |
| | | | | | | | ** Account Totals | 3,669.68 | 0.00 | **3,669.68** |
| **6400-001** | | | | | | | **SECURITY** | | | |
| | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 121 8/30/2013 SECURITY 8/6-8/10 | 738.27 | 0.00 | 738.27 |
| BARKER | 08/13 | 08/31/13 | AP 112869 | HT | | | 121 8/30/2013 8/11-8/17 SECURITY | 1,128.38 | 0.00 | 1,866.65 |
| | | | | | | | ** Account Totals | 1,866.65 | 0.00 | **1,866.65** |

| Database: | TCS_PROD | | | | General Ledger | | | Page: | 4 |
|---|---|---|---|---|---|---|---|---|---|
| ENTITY: | BARKER | | | | TCS Production Database | | | Date: | 9/12/2013 |
| | | | | | BARKER CYPRESS MARKET PLACE | | | Time: | 12:35 PM |
| Cash | | | | | 08/13 - 08/13 | | | | |

| Account Entity | Period | Entry Date | Src | Reference | Site Id | Job Code | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **6400-005** | | | | | | **EXTERIOR LANDSCAPING** | | | | | |
| | | | | | | | | *Balance Forward* | | | *2,985.47* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 117 8/13/2013 july landscaping | 662.49 | 0.00 | 3,647.96 |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 117 8/13/2013 JULY LANDSCAPING | 331.25 | 0.00 | 3,979.21 |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 123 8/30/2013 inital tree & Shrub trimming | 3,767.10 | 0.00 | 7,746.31 |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 123 8/30/2013 AUGUST LANDSCAPING | 1,159.36 | 0.00 | 8,905.67 |
| | | | | | | | | ** Account Totals | 5,920.20 | 0.00 | **8,905.67** |
| **6400-029** | | | | | | **PARKING SWEEPING & CLEAN** | | | | | |
| | | | | | | | | *Balance Forward* | | | *532.93* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 114 8/13/2013 auugust sweeping | 433.00 | 0.00 | 965.93 |
| | | | | | | | | ** Account Totals | 433.00 | 0.00 | **965.93** |
| **6500-001** | | | | | | **ELECTRICITY** | | | | | |
| | | | | | | | | *Balance Forward* | | | *3,215.10* |
| **6500-002** | | | | | | **WATER & SEWER** | | | | | |
| | | | | | | | | *Balance Forward* | | | *50.00* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 122 8/30/2013 final water bill Houston | 1,956.06 | 0.00 | 2,006.06 |
| | | | | | | | | ** Account Totals | 1,956.06 | 0.00 | **2,006.06** |
| **6600-001** | | | | | | **PROPERTY MANAGEMENT FEES** | | | | | |
| | | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 118 8/13/2013 6/3-6/30 MGMT FEE | 1,841.00 | 0.00 | 1,841.00 |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 118 8/13/2013 7/13 MGMT FEE | 2,000.00 | 0.00 | 3,841.00 |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 118 8/13/2013 8/13 MGMT FEE | 2,000.00 | 0.00 | 5,841.00 |
| | | | | | | | | ** Account Totals | 5,841.00 | 0.00 | **5,841.00** |
| **6900-001** | | | | | | **TELEPHONE** | | | | | |
| | | | | | | | | *Balance Forward* | | | *15.00* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 120 8/30/2013 7/13 CELL PHONE REIMB | 30.00 | 0.00 | 45.00 |
| | | | | | | | | ** Account Totals | 30.00 | 0.00 | **45.00** |
| **6900-005** | | | | | | **TRAVEL & ENTERTAINMENT** | | | | | |
| | | | | | | | | *Balance Forward* | | | *54.24* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 120 8/30/2013 7/13 MILEAGE REIMB | 108.48 | 0.00 | 162.72 |

| Database: TCS_PROD | | | | | | | | General Ledger | | | Page: 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ENTITY: BARKER | | | | | | | | TCS Production Database | | | Date: 9/12/2013 |
| | | | | | | | | BARKER CYPRESS MARKET PLACE | | | Time: 12:35 PM |

Cash

08/13 - 08/13

| Account Entity | Period | Entry Date | Src | Reference | Site Id | Job Code | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6900-005 - TRAVEL & ENTERTAINMENT (Continued) | | | | | | | | | | | |
| | | | | | | | | ** Account Totals | 108.48 | 0.00 | 162.72 |
| 6900-007 | | | | OTHER PROFESSIONAL | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *2,500.00* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 115 8/13/2013 Legal Fees/Receivership | 662.50 | 0.00 | 3,162.50 |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 124 8/30/2013 7/13 RECEIVERSHIP FEES | 1,750.00 | 0.00 | 4,912.50 |
| BARKER | 08/13 | 08/31/13 | JN | 186402 | HT | | | 6/13 RECEIVERSHIP FEES RCLS | 0.00 | 2,500.00 | 2,412.50 |
| BARKER | 08/13 | 08/31/13 | JN | 186402 | HT | | | 7/13 RECEIVERSHIP FEES RCLS | 0.00 | 1,750.00 | 662.50 |
| BARKER | 08/13 | 08/31/13 | JN | 186402 | HT | | | 8/13 RECEIVERSHIP FEES RCLS | 0.00 | 662.50 | 0.00 |
| | | | | | | | | ** Account Totals | 2,412.50 | 4,912.50 | 0.00 |
| 6900-016 | | | | DATA PROCESSING | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 124 8/30/2013 7/13 RPAY BILLING | 70.06 | 0.00 | 70.06 |
| | | | | | | | | ** Account Totals | 70.06 | 0.00 | 70.06 |
| 6900-030 | | | | BANK CHARGES | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | JN | 186402 | HT | | | 8/12 JULY BANK FEES | 24.53 | 0.00 | 24.53 |
| | | | | | | | | ** Account Totals | 24.53 | 0.00 | 24.53 |
| 6950-026 | | | | SUPERVISION FEES | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | JN | 186402 | HT | | | 6/13 RECEIVERSHIP FEES RCLS | 2,500.00 | 0.00 | 2,500.00 |
| BARKER | 08/13 | 08/31/13 | JN | 186402 | HT | | | 7/13 RECEIVERSHIP FEES RCLS | 1,750.00 | 0.00 | 4,250.00 |
| BARKER | 08/13 | 08/31/13 | JN | 186402 | HT | | | 8/13 RECEIVERSHIP FEES RCLS | 662.50 | 0.00 | 4,912.50 |
| | | | | | | | | ** Account Totals | 4,912.50 | 0.00 | 4,912.50 |
| 6960-001 | | | | VACANT SPACE MAINTENANCE | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *541.25* |
| 6960-009 | | | | N/R UTILITIES | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *453.59* |
| 6960-099 | | | | OTHER NON-RECOV. EXPENSE | | | | | | | |
| | | | | | | | | *Balance Forward* | | | *0.00* |
| BARKER | 08/13 | 08/31/13 | AP | 112869 | HT | | | 114 8/13/2013 Re-key of vacancies | 135.31 | 0.00 | 135.31 |

| Database: | TCS_PROD | | | | | | | | | | Page: | 6 |
| ENTITY: | BARKER | | | | | | | | | | Date: | 9/12/2013 |
| | | | | | | | | | | | Time: | 12:35 PM |

**General Ledger**
TCS Production Database
BARKER CYPRESS MARKET PLACE

Cash

08/13 - 08/13

| Account Entity | Period | Entry Date | Src | Reference | Site Id | Job Code | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|

6960-099 - OTHER NON-RECOV. EXPENSE (Continued)

| | | | | | | | | ** Account Totals | 135.31 | 0.00 | 135.31 |

| | | | | | | | | ** Grand Totals | 301,443.68 | 301,443.68 | |

Database: TCS_PROD
ENTITY: BARKER

**Check Register**
TCS Production Database
BARKER CYPRESS MARKET PLACE

08/13 Through 08/13

Page: 1
Date: 9/12/2013
Time: 12:35 PM

| Check # Entity | Check Date Reference | Check Pd | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **110** | **8/13/2013** LIGHTING REPAIRS | **08/13** | HMHIGHLI | HIGHLIGHTS ELECTRICAL | | | | | | |
| BARKER | lighting repairs | | | 6300-005 | 344414 | 7/26/2013 | 7/26/2013 | 156.43 | 0.00 | 156.43 |
| | | | | 6300-005 | 344507 | 7/31/2013 | 7/31/2013 | 1,044.72 | 0.00 | 1,044.72 |
| | | | | | | | Check Total: | 1,201.15 | 0.00 | 1,201.15 |
| **111** | **8/13/2013** | **08/13** | HTALLWSE | ALLIED WASTE SERVICES #853 | | | | | | |
| BARKER | july-august trash service | | | 6100-006 | 0853-003073537 | 7/26/2013 | 8/15/2013 | 2,514.42 | 0.00 | 2,514.42 |
| | | | | | | | Check Total: | 2,514.42 | 0.00 | 2,514.42 |
| **112** | **8/13/2013** | **08/13** | HTBLANCO | BLANCO ELECTRIC LTD CO. | | | | | | |
| BARKER | TEMPORARY POWER QUOTED | | QUOTED | 1600-005 | S-5056 | 7/30/2013 | 8/10/2013 | 6,397.58 | 0.00 | 6,397.58 |
| BARKER | SERVICE CONDUIT Re QUOTED | | QUOTED | 6300-005 | S-5066 | 7/30/2013 | 8/10/2013 | 1,623.75 | 0.00 | 1,623.75 |
| | | | | | | | Check Total: | 8,021.33 | 0.00 | 8,021.33 |
| **113** | **8/13/2013** | **08/13** | HTCHREST | CHAMBERS RESTORATION INC | | | | | | |
| BARKER | Initial Clean up of cente | | | 1600-005 | 13-216 | 7/15/2013 | 7/15/2013 | 4,778.16 | 0.00 | 4,778.16 |
| BARKER | Removal of trash/furnitu | | | 6300-025 | 13-217 | 7/15/2013 | 7/15/2013 | 4,179.53 | 0.00 | 4,179.53 |
| BARKER | sign removal & mainten: | | | 6300-035 | 13-222 | 7/15/2013 | 7/15/2013 | 3,669.68 | 0.00 | 3,669.68 |
| BARKER | Remove signs along 52! | | | 6300-025 | 13-271 | 7/15/2013 | 7/15/2013 | 2,997.44 | 0.00 | 2,997.44 |
| BARKER | Graffiti removal | | | 1600-000 | 13-273 | 7/15/2013 | 7/15/2013 | 4,321.34 | 0.00 | 4,321.34 |
| | | | | | | | Check Total: | 19,946.15 | 0.00 | 19,946.15 |
| **114** | **8/13/2013** | **08/13** | HTIDEAL | IDEAL BUILDING MAINTENANCE, LC. | | | | | | |
| BARKER | Re-key of vacancies | | LARGENT | 6960-099 | 8298 | 7/11/2013 | 7/11/2013 | 135.31 | 0.00 | 135.31 |
| BARKER | painting of parking lot | | LARGENT | 6300-032 | 8312 | 7/29/2013 | 7/29/2013 | 811.88 | 0.00 | 811.88 |
| BARKER | august sweeping | | LARGENT | 6400-029 | 8339 | 8/5/2013 | 8/5/2013 | 433.00 | 0.00 | 433.00 |
| | | | | | | | Check Total: | 1,380.19 | 0.00 | 1,380.19 |
| **115** | **8/13/2013** | **08/13** | HTLOCLID | LOCKE LORD LLP | | | | | | |
| BARKER | Legal Fees/Receivershij | | | 6900-007 | 1008852 | 6/14/2013 | 6/14/2013 | 662.50 | 0.00 | 662.50 |
| | | | | | | | Check Total: | 662.50 | 0.00 | 662.50 |
| **116** | **8/13/2013** | **08/13** | HTREPSVC | REPUBLIC SERVICES #853 | | | | | | |
| BARKER | Trash Removal June 20 | | | 6100-006 | 0853-002891778 | 5/26/2013 | 6/15/2013 | 1,289.32 | 0.00 | 1,289.32 |
| BARKER | Trash Removal June | | | 6100-006 | 0853-002991778 | 5/26/2013 | 6/15/2013 | 1,289.32 | 0.00 | 1,289.32 |

| Database: | TCS_PROD | | | | | | | Page: | 2 |
| ENTITY: | BARKER | | | | | | | Date: | 9/12/2013 |
| | | | | | | | | Time: | 12:35 PM |

**Check Register**
**TCS Production Database**
**BARKER CYPRESS MARKET PLACE**

**08/13 Through 08/13**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *Check Total:* | | *0.00* | *2,578.64* |
| **117** | **8/13/2013** | **08/13** | **HTTLS** | **TROY'S LANDSCAPINE SERVICES INC** | | | | | | |
| BARKER | july landscaping | | | 6400-005 | 35326 | 7/23/2013 | 7/23/2013 | 662.49 | 0.00 | 662.49 |
| BARKER | JULY LANDSCAPING | | | 6400-005 | 35341 | 7/26/2013 | 7/26/2013 | 331.25 | 0.00 | 331.25 |
| | | | | | | | *Check Total:* | *993.74* | *0.00* | *993.74* |
| **118** | **8/13/2013** | **08/13** | **HTTRACPR** | **TRANSWESTERN COMMERCIAL SVCS LLC** | | | | | | |
| BARKER | 6/3-6/30 MGMT FEE | | | 6600-001 | 0000414318 | 6/3/2013 | 6/3/2013 | 1,841.00 | 0.00 | 1,841.00 |
| BARKER | 8/13 MGMT FEE | | | 6600-001 | 0000414802 | 8/1/2013 | 8/1/2013 | 2,000.00 | 0.00 | 2,000.00 |
| BARKER | 7/13 MGMT FEE | | | 6600-001 | 0000414318 | 6/3/2013 | 6/3/2013 | 2,000.00 | 0.00 | 2,000.00 |
| | | | | | | | *Check Total:* | *5,841.00* | *0.00* | *5,841.00* |
| **119** | **8/13/2013** | **08/13** | **HTUCALL** | **JEFFERY WHITE** | | | | | | |
| BARKER | CLRED RETEN & HAUL | | | 6100-006 | UCALL 6132013 | 6/13/2013 | 6/13/2013 | 1,575.00 | 0.00 | 1,575.00 |
| | | | | | | | *Check Total:* | *1,575.00* | *0.00* | *1,575.00* |
| **120** | **8/30/2013** | **08/13** | **HTDEBLAR** | **DEBRA LARGENT** | | | | | | |
| BARKER | 7/13 CELL PHONE REI | | | 6900-001 | BC073113 | 7/31/2013 | 7/31/2013 | 30.00 | 0.00 | 30.00 |
| BARKER | 7/13 MILEAGE REIMB | | | 6900-005 | BC073113 | 7/31/2013 | 7/31/2013 | 108.48 | 0.00 | 108.48 |
| | | | | | | | *Check Total:* | *138.48* | *0.00* | *138.48* |
| **121** | **8/30/2013** | **08/13** | **HTHOUHRR** | **HOUSTON HARRIS DIVISION PATROL, INC** | | | | | | |
| BARKER | SECURITY 8/6-8/10 | | | 6400-001 | 52861 | 8/11/2013 | 8/11/2013 | 738.27 | 0.00 | 738.27 |
| BARKER | 8/11-8/17 SECURITY | | | 6400-001 | 52737 | 8/18/2013 | 8/18/2013 | 1,128.38 | 0.00 | 1,128.38 |
| | | | | | | | *Check Total:* | *1,866.65* | *0.00* | *1,866.65* |
| **122** | **8/30/2013** | **08/13** | **HTLANGHA** | **LANGHAM CREEK UD** | | | | | | |
| BARKER | final water bill Houston S | | | 6500-002 | 2003303 0713F | 7/29/2013 | 8/12/2013 | 1,956.06 | 0.00 | 1,956.06 |
| | | | | | | | *Check Total:* | *1,956.06* | *0.00* | *1,956.06* |
| **123** | **8/30/2013** | **08/13** | **HTTLS** | **TROY'S LANDSCAPING SERVICES INC** | | | | | | |
| BARKER | initial tree & Shrub trimm | | | 6400-001 | 35414 | 8/14/2013 | 8/14/2013 | 3,767.10 | 0.00 | 3,767.10 |
| BARKER | IRRIGATION REPAR | | | 6300-012 | 35415 | 8/14/2013 | 8/14/2013 | 438.41 | 0.00 | 438.41 |

Database: TCS_PROD
ENTITY: BARKER

**Check Register**
**TCS Production Database**
**BARKER CYPRESS MARKET PLACE**

08/13 Through 08/13

Page: 3
Date: 9/12/2013
Time: 12:35 PM

| Check # Entity | Check Date Reference | Check Pd | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| BARKER | AUGUST LANDSCAPIN | | | 6400-005 | 35457 | 8/15/2013 | 8/15/2013 | 1,159.36 | 0.00 | 1,159.36 |
| | | | | | | | Check Total: | 5,364.87 | 0.00 | 5,364.87 |
| **124** | **8/30/2013** | **08/13** | **HTTRACPR** | TRANSWESTERN COMMERCIAL SVCS LLC | | | | | | |
| BARKER | 7/13 RPAY BILLING | | | 6900-016 | AA28035 | 8/21/2013 | 8/21/2013 | 70.06 | 0.00 | 70.06 |
| BARKER | 7/13 RECEIVERSHIP F | | | 6900-007 | BC002 | 8/15/2013 | 8/15/2013 | 1,750.00 | 0.00 | 1,750.00 |
| | | | | | | | Check Total: | 1,820.06 | 0.00 | 1,820.06 |
| | | | | | BARKER CYPRESS MARKET PLACE Total: | | | 55,860.24 | 0.00 | 55,860.24 |
| | | | | | | | Grand Total: | 55,860.24 | 0.00 | 55,860.24 |

**BARKER CYPRESS MARKET PLACE**
**MANAGEMENT FEE CALCULATION**
**Aug-13**
BILLBOX # 02-2256-746

**CURRENT MONTH CASH RECEIPTS**

| | | |
|---|---|---:|
| CAM | COMMON AREA | 2,174.22 |
| FRR | FREE RENT | 0.00 |
| INS | INSURANCE REIMBURSEMENT | 0.00 |
| NSF | LATE FEE/NSF INCOME | 0.00 |
| PC | PARKING INCOME | 0.00 |
| PPR | PREPAID RENT | 44,771.63 |
| REM | TENANT REIMBURSEMENTS | 0.00 |
| RET | REAL ESTATE TAX REIMB | 0.00 |
| RNT | BASE RENT | 0.00 |
| RTL | RETAIL BASE RENT | 8,000.06 |
| TAX | TAX REIMBURSEMENT | 0.00 |
| TFR | TENANT FINISH REIMBURSEMENT | 0.00 |
| UTL | UTILITY REIMBURSEMENT | 0.00 |
| | PRIOR YEAR ESCALATIONS | 0.00 |
| | OVERTIME HVAC | 0.00 |
| | TENANT ALLOWANCE | 0.00 |
| | MISCELLANEOUS INCOME | 0.00 |
| | **TOTAL TENANT CASH RECEIPTS** | 54,945.91 |
| PLUS: | NON-TENANT INCOME | 0.00 |
| | INTEREST INCOME | 0.00 |
| | SECURITY DEPOSITS | 0.00 |
| | **TOTAL CASH RECEIPTS PER BAN** | 54,945.91 |
| ADJ: | LESS NON-APPLICABLE INCOME | 0.00 |
| | LESS:  ADJUSTMENT PREV. MONT | 0.00 |
| | PLUS SEC DEPOSIT APPLICATION | 0.00 |
| | **TOTAL RECONCILED INCOME** | 54,945.91 |
| | MANAGEMENT FEE % | 4.00% |
| | **TOTAL OF 4% FEE** | 2,197.84 |
| | **TOTAL FIXED MANAGEMENT FEE** | 2,000.00 |
| | **FEE TO BE PAID** | 2,197.84 |

**Exhibit E**

**Rent Roll**

Database: TCS_PROD
Bldg Status: Active only

**Rent Roll**
**BARKER CYPRESS MARKET PLACE**
8/31/2013

Page: 1
Date: 9/12/2013
Time: 12:35 PM

| Bldg Id-Suit Id | Occupant Name | Rent Start | Expiration | GLA Sqft | Monthly Base Rent | Annual Rate PSF | Monthly Cost Recovery | Expense Stop | Monthly Other Income | Cat | Date | Monthly Amount | PSF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vacant Suites** | | | | | | | | | | | | | |
| BARKER-112 | Vacant | | | 2,700 | | | | | | | | | |
| BARKER-115 | Vacant | | | 1,200 | | | | | | | | | |
| BARKER-120 | Vacant | | | 1,200 | | | | | | | | | |
| BARKER-135 | Vacant | | | 1,275 | | | | | | | | | |
| BARKER-145 | Vacant | | | 1,125 | | | | | | | | | |
| BARKER-150 | Vacant | | | 1,500 | | | | | | | | | |
| BARKER-155 | Vacant | | | 1,650 | | | | | | | | | |
| BARKER-157 | Vacant | | | 1,350 | | | | | | | | | |
| BARKER-CA | Vacant | | | 105 | | | | | | | | | |
| **Occupied Suites** | | | | | | | | | | | | | |
| BARKER-105 | First Pawn and Jewelry | 3/1/2012 | 3/31/2022 | 2,625 | | | 776.00 | | | RTL | 9/1/2013 | 3,758.00 | 17.18 |
| | | | | | | | | | | RTL | 7/1/2014 | 3,898.81 | 17.82 |
| | | | | | | | | | | RTL | 6/1/2015 | 4,015.77 | 18.36 |
| | | | | | | | | | | RTL | 6/1/2016 | 4,136.25 | 18.91 |
| | | | | | | | | | | RTL | 6/1/2017 | 4,260.33 | 19.48 |
| | | | | | | | | | | RTL | 6/1/2018 | 4,388.14 | 20.06 |
| | | | | | | | | | | RTL | 6/1/2019 | 4,519.79 | 20.66 |
| | | | | | | | | | | RTL | 6/1/2020 | 4,655.38 | 21.28 |
| | | | | | | | | | | RTL | 6/1/2021 | 4,795.04 | 21.92 |
| BARKER-109 | Amigo Dental | 6/21/2003 | 6/30/2008 | 1,400 | 2,091.00 | 17.92 | | | | | | | |
| BARKER-130 | Ultra Nails | 1/1/2010 | 12/31/2010 | 1,125 | 1,858.84 | 19.83 | 634.00 | | | | | | |
| BARKER-147 | Exclusively Yours | 9/1/2008 | 8/31/2013 | 1,730 | 2,162.50 | 15.00 | 695.00 | | | | | | |
| BARKER-159 | PayDay Advance | 4/1/2013 | 3/31/2015 | 1,280 | 2,015.00 | 18.89 | 648.00 | | | RTL | 4/1/2014 | 2,075.45 | 19.46 |
| BARKER-160 | Double Dragon | 4/1/2013 | 3/31/2018 | 1,260 | 1,887.72 | 17.70 | 664.06 | | | RTL | 4/1/2014 | 1,923.75 | 18.04 |
| | | | | | | | | | | RTL | 4/1/2015 | 1,961.46 | 18.58 |
| | | | | | | | | | | RTL | 4/1/2016 | 2,040.90 | 19.13 |
| | | | | | | | | | | RTL | 4/1/2017 | 2,102.12 | 19.71 |
| BARKER-165 | Las Lomas Mexican Restaurant | 7/1/2007 | 6/30/2012 | 4,080 | 5,779.70 | 17.00 | 2,287.00 | | | | | | |
| BARKER-6960 | HEB | 1/1/1999 | 1/31/2014 | 41,320 | 40,046.63 | 11.63 | | | | | | | |

Database: TCS_PROD
Bldg Status: Active only

**Rent Roll**
**BARKER CYPRESS MARKET PLACE**
8/31/2013

Page: 2
Date: 9/12/2013
Time: 12:35 PM

| Bldg Id-Suit Id | Occupant Name | Rent Start | Expiration | GLA Sqft | Monthly Base Rent | Annual Rate PSF | Monthly Cost Recovery | Expense Stop | Monthly Other Income | Cat | Date | Monthly Amount | PSF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | ------ Future Rent Increases ------ | | |
| **Totals:** | Occupied Sqft: | 81.92% | 8 Units | 54,840 | 55,841.39 | | 5,684.06 | | 0.00 | | | | |
| | Leased/Unoccupied Sqft: | | 0 Units | 0 | | | | | | | | | |
| | Vacant Sqft: | 18.08% | 9 Units | 12,105 | | | | | | | | | |
| | Total Sqft: | | 17 Units | 66,945 | 55,841.39 | | | | | | | | |
| **Total BARKER CYPRESS MARKET PLAC** | Occupied Sqft: | 81.92% | 8 Units | 54,840 | 55,841.39 | | 5,684.06 | | 0.00 | | | | |
| | Leased/Unoccupied Sqft: | | 0 Units | 0 | | | | | | | | | |
| | Vacant Sqft: | 18.08% | 9 Units | 12,105 | | | | | | | | | |
| | Total Sqft: | | 17 Units | 66,945 | 55,841.39 | | | | | | | | |
| **Grand Total:** | Occupied Sqft: | 81.92% | 8 Units | 54,840 | 55,841.39 | | 5,684.06 | | 0.00 | | | | |
| | Leased/Unoccupied Sqft: | | 0 Units | 0 | | | | | | | | | |
| | Vacant Sqft: | 18.08% | 9 Units | 12,105 | | | | | | | | | |
| | Total Sqft: | | 17 Units | 66,945 | 55,841.39 | | | | | | | | |

# Exhibit F

## Summary of Rents Received by Houston Structure, LLC

11:00 AM
08/23/13
Accrual Basis

# Houston Structures, LLC
## Rent Checks Received and Deposited as of May 30, 2013

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| **Cash on Hand** | | | | |
| **WSB - Operating #0637** | | | | |
| Payment | 06/03/2013 | 2436438 5.30.13 | HEB Grocery #32 | 40,046.63 |
| Payment | 06/03/2013 | 5272 6.3.13 | Cricket Comm / Starlight [135] | 1,625.63 |
| Payment | 06/03/2013 | 14-1625543704 6.3.13 | Las Lomas Mexican Restaurant [165] | 1,000.00 |
| Payment | 06/03/2013 | 060313RNT 1 - 71307 | Cash America/Payday Advance [159] | 2,663.02 |
| Payment | 06/06/2013 | 3097 6.1.13 | Ultra Nails [130] | 2,492.84 |
| Payment | 06/07/2013 | 9169 6.1.13 | Amigo Dental [109] | 2,929.95 |
| Payment | 06/10/2013 | 1380 6.1.13 | Double Dragon [160] | 2,477.39 |
| Payment | 06/10/2013 | 78865960 6.10.13 | Ciggy Depot, LLC [157] | 1,620.00 |
| Payment | 06/12/2013 | 14-625543713 6.10.13 | Las Lomas Mexican Restaurant [165] | 600.00 |
| Payment | 06/12/2013 | 1048 6.3.13 | First Pawn & Jewelry [105] | 4,725.00 |
| Payment | 07/01/2013 | 070113REG 1 - 71307 | Cash America/Payday Advance [159] | 2,663.02 |
| Payment | 07/02/2013 | 2458603 6.27.13 | HEB Grocery #32 | 40,046.63 |
| Payment | 07/08/2013 | 5289 7.5.13 | Cricket Comm / Starlight [135] | 1,625.63 |
| Payment | 07/18/2013 | 3452 7.10.13 | Needham Inc Paul Dewy Jones | 3,000.00 |
| Payment | 08/01/2013 | 080113REGR 1 - 71307 | Cash America/Payday Advance [159] | 2,663.02 |
| **Total WSB - Operating #0637** | | | | **110,378.76** |
| | | | **TOTAL Revenue** | **110,378.76** |
| | | | **TOTAL Dispersed** | **-78,253.79** |
| | | | | **32,124.97** |